ALCANTAR LAW PLLC
Jose Raul Alcantar Villagran, Esq. (JA2849)
22 Cortlandt Street, 16th Floor
New York, New York 10007
Tel: (212) 658-0222
Fax: (646) 568-5843
raul.alcantar@alcantarlaw.com

*Counsel to Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
BANK LEUMI USA,

                                 Plaintiff,

            -against-

DAVID EHRLICH, ANGELA TYKOCKI,
ENRIQUE EHRLICH, and SARA GOLDSTEIN,

                                Defendants.
-------------------------------------------------------------------X

Index No. 12-CV-4423 (AJN)
ECF CASE

**NOTICE OF DEFENDANTS'**
**JOINT MOTION FOR SUMMARY**
**JUDGMENT ON PERSONAL**
**JURISDICTION PURSUANT TO**
**RULE 56 OF THE FEDERAL**
**RULES OF CIVIL PROCEDURE**
**AND LOCAL CIVIL RULE 56.1**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1, dated August 14, 2014, each of the defendants in the above-captioned action, by and through their undersigned counsel, will move this Court for summary judgment and for such other and further relief as the Court deems just and proper, before the Honorable Alison J. Nathan, at the United States District Courthouse, 40 Foley Square, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order, dated June 20, 2014, opposing papers are to be served and filed by Plaintiff on or before September 15, 2014, with reply papers to be served and filed by Defendants on or before September 30, 2014.

| | |
|---|---|
| Dated: New York, New York<br>August 14, 2014 | ALCANTAR LAW PLLC<br><br>/s/ Jose Raul Alcantar Villagran<br>Jose Raul Alcantar Villagran (JA2849)<br>22 Cortlandt Street, 16th Floor<br>New York, New York 10007<br>Tel. (212) 658-0222<br>Fax. (646) 568-5843<br>raul.alcantar@alcantarlaw.com<br><br>*Counsel to Defendants* |

**CERTIFICATE OF SERVICE**

I, Jose Raul Alcantar Villagran, an attorney, hereby certify that, on August 14, 2014, I caused true and correct copies of foregoing document, including all Exhibits thereto, to be served on all counsel of record via this Court's Electronic Case Filing system.

**By ECF:**

MAYER BROWN LLP
Mark G. Hanchet, Esq.
James Ancone, Esq.
1675 Broadway
New York, NY 10019 (212) 506-2500
mhanchet@mayerbrown.com
jancone@mayerbrown.com

*Attorneys for BLUSA*

Dated: New York, New York            By: */s/ Jose Raul Alcantar Villagran*
August 14, 2014                              Jose Raul Alcantar Villagran, Esq.