# EXHIBIT A



CONFIDENTIAL

# ACCOUNT APPLICATION

In this BLUSA International Account Application, you provide the information necessary to open an account with us. If you wish to open both a Personal Account and a Business Account, please use two Account Applications.

☑ NEW ACCOUNT          ☐ UPDATE TO EXISTING ACCOUNT

ACCOUNT TITLE  _ENRIQUE EHRLICH OR DAVID EHRLICH_

*(For Personal Accounts, last name first)*

Account No. to be completed by Representative

ACCOUNT NO  ☐☐☐☐☐

ACCOUNT TYPE  Index # 278307

## ☐ PERSONAL

Check at least one
- ☑ Checking with Interest
- ☐ Money Market

## ☐ BUSINESS

Check at least one
- ☐ Checking without Interest
- ☐ Money Market

| WILL ACCOUNT BE: | YES | NO | PAGE IN ACCOUNT TERMS |
|---|---|---|---|
| Joint Account? | ☑ | ☐ | 3 |
| "in trust for" account? | ☐ | ☐ | 2-3 |
| "account designated by number or otherwise"? | ☐ | ☑ | 4 |

| NAME | | | |
|---|---|---|---|

| SHOULD WE: | YES | NO | PAGE IN ACCOUNT TERMS |
|---|---|---|---|
| hold all mail? | ☐ | ☑ | 2, 9 |
| verify telephone (oral or facsimile transmission) payment orders before execution? | ☑ | ☐ | 6-7 |

For personal account, go to page 2
For business account, go to page 6

| SHOULD WE: | | YES | NO | PAGE IN ACCOUNT TERM |
|---|---|---|---|---|
| prepare account statements. *(check only one)* | ☐ monthly? | | | |
| | ☑ quarterly? | | | |
| | ☐ annually? | | | 4 |
| Send with your statement paid checks and memo items. | | ☐ | ☐ | 4 |
| ARE YOU APPOINTING AN ATTORNEY-IN-FACT? | | ☐ | ☑ | 10 |

## INFORMATION AS TO MAIN OWNER

**OWNER 1**

LAST NAME  _EHRLICH_          FIRST NAME  _ENRIQUE_          MI

PERMANENT RESIDENCE ADDRESS  _AVENIDA CENTRAL 639/102_

STREET                                        CITY  _DIENTEVIDEO_

COUNTRY  _UR?????_

HOME TELEPHONE  _00598-2-7146644_

VOICE (___) _____   FACSIMILE (___) _____
Area Code                              Area Code

If circumstances require us to send you a facsimile transmission or you request material by facsimile transmission, should we contact you on Voice Line before the transmission?

☑ yes   ☐ no

BUSINESS TELEPHONE  _00598-2-2040050_

VOICE (___) _____   FACSIMILE (___) _____
Area Code                              Area Code

If circumstances require us to send you a facsimile transmission or you request material by facsimile transmission, should we contact you on Voice Line before the transmission?

☑ yes   ☐ no

DATE OF BIRTH  _3-14-1944_
(Month   Day   Year)

OCCUPATION  _owner_

EMPLOYER  _EHRLICH HNOS SC_          _HNOS SC#_

EMPLOYER ADDRESS (Street, City, State, Zip/Country)
_JUSTICIA 2142 - MONTEVIDEO_

CURRENT *(Money ID)* _J.730229817_

MAILING ADDRESS FOR ACCOUNT INFORMATION *(Do not complete if you checked "Yes" to "hold mail")*

LAST NAME  _JUSTICIA 2142_          FIRST NAME          MI

STREET  _MONTEVIDEO_          CITY

COUNTRY  _URUGUAY_          POSTAL CODE

Attach copy of an ID or Passport Photo for each owner.
If joint account, go to page 3. If not joint account but "in trust for" account, go to page 4.
If not joint account and not "in trust for" account, go to Customer Agreement page 6
If "in trust for" go to page 6

2

BLUSA-EHRLICH INCOMING 0000028

## INFORMATION AS TO ADDITIONAL OWNERS

*Complete for each additional owner of joint account.*
*Rule out unused sections.*

**OWNER 2**

LAST NAME  E H R L I C H     FIRST NAME  SHAWN     MI

PERMANENT RESIDENCE ADDRESS

STREET

COUNTRY                     CITY                     POSTAL CODE

HOME TELEPHONE
VOICE (___)                 FACSIMILE (___)

BUSINESS TELEPHONE
VOICE (___)                 FACSIMILE (___)

DATE OF BIRTH ( M   D   Y )     OCCUPATION

CITIZENSHIP (with national identity number or, if none, Passport number)

**OWNER 3**

LAST NAME                   FIRST NAME                MI

PERMANENT RESIDENCE ADDRESS

STREET

COUNTRY                     CITY                     POSTAL CODE

HOME TELEPHONE
VOICE (___)                 FACSIMILE (___)

BUSINESS TELEPHONE
VOICE (___)                 FACSIMILE (___)

DATE OF BIRTH ( M   D   Y )     OCCUPATION

CITIZENSHIP (with national identity number or, if none, Passport number)

**OWNER 4**

LAST NAME                   FIRST NAME                MI

PERMANENT RESIDENCE ADDRESS

STREET

COUNTRY                     CITY                     POSTAL CODE

HOME TELEPHONE
VOICE (___)                 FACSIMILE (___)

BUSINESS TELEPHONE
VOICE (___)                 FACSIMILE (___)

DATE OF BIRTH ( M   D   Y )     OCCUPATION

CITIZENSHIP (with national identity number or, if none, Passport number)

Attach copy of an ID or Passport Photo
If not "in trust for" account, go to Customer Agreement, page 6.
If "in trust for" go to page 4

3

## BENEFICIARIES

*Complete for each Beneficiary or "in trust for" account*
*Rule out unused sections.*

**1** BENEFICIARY NAME (Last Name,        First Name,        MI)

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)

COUNTRY

CITIZENSHIP (with National Identity Number or, if none, Passport Number)

RELATIONSHIP TO PRIMARY OWNER     DATE OF BIRTH ( M   D   Y )

**2** BENEFICIARY NAME (Last Name,        First Name,        MI)

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)

COUNTRY

CITIZENSHIP (with National Identity Number or, if none, Passport Number)

RELATIONSHIP TO PRIMARY OWNER     DATE OF BIRTH ( M   D   Y )

**3** BENEFICIARY NAME (Last Name,        First Name,        MI)

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)

COUNTRY

CITIZENSHIP (with National Identity Number or, if none, Passport Number)

RELATIONSHIP TO PRIMARY OWNER     DATE OF BIRTH ( M   D   Y )

**4** BENEFICIARY NAME (Last Name,        First Name,        MI)

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)

COUNTRY

CITIZENSHIP (with National Identity Number or, if none, Passport Number)

RELATIONSHIP TO PRIMARY OWNER     DATE OF BIRTH ( M   D   Y )

Attach copy of an ID or Passport picture for each beneficiary.
Go to page 6.

4

CONFIDENTIAL

BLUSA-EHRLICH INCOMING 0000029

# BASIC INFORMATION FOR BUSINESS ACCOUNTS

BUSINESS NAME

TYPE OF ORGANIZATION (e.g., corporation, unincorporated association)

ORGANIZED UNDER LAWS OF (country)

BUSINESS ADDRESS (specify even if you choose "hold mail")

STREET | CITY | POSTAL CODE

COUNTRY

MAILING ADDRESS FOR ACCOUNT INFORMATION (Do not complete if you choose "hold all mail")

LAST NAME | FIRST NAME | MI

STREET | CITY | POSTAL CODE

COUNTRY

FOR A CORPORATION OR UNINCORPORATED ASSOCIATION,

DATE ON WHICH CORPORATE AUTHORITY PROVISIONS (ARTICLE VIII) OF THE INTERNATIONAL
ACCOUNT TERMS BOOKLET WERE DULY ADOPTED AND APPROVED BY THE BOARD OF
DIRECTORS, OTHER GOVERNING BODY, OR, IF NO GOVERNING BODY, THE MEMBERS

M  D  Y

5

# CUSTOMER AGREEMENT

1. The Account Owner represents and warrants that all information is true, correct, and complete
2. The Account Owner confirms receiving a copy of, and agreeing to, the International Account Terms.
3. For purposes of Line 1, "Account Owner" refers to each individual signing this page.
4. Each individual signing this page is authorized to sign simply in transacting all business for this
   Account unless otherwise specified to the right of the signer

I UNDERSTAND THAT DEPOSITS MAY BE OPENED IN, AND FINANCIAL ASSETS PURCHASED AND
SOLD THROUGH, THE ACCOUNT, EXCEPT FOR DEPOSITS WITH YOUR NEW YORK HEAD OFFICE.
I UNDERSTAND THAT DEPOSITS ARE NOT FDIC-INSURED. I ALSO UNDERSTAND THAT FINAN-
CIAL ASSETS PURCHASED THROUGH THE ACCOUNT ARE
 • NOT INSURED BY THE FDIC,
 • NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, YOU, YOUR AFFILIATES,
   OR ANY OTHER DEPOSITORY INSTITUTION, AND
 • SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT
   INVESTED.

*Rule out unused sections*

| | LAST NAME | FIRST NAME | MI | SIGNING AUTHORITY |
|---|---|---|---|---|
| 1 | | | | ○ Jointly with __ No. __ on or with __ in POA section |
| | SIGNATURE X | | | |
| 2 | LAST NAME | FIRST NAME | MI | ○ Jointly with __ No. __ on this page or with on next page |
| | SIGNATURE X | | | |
| 3 | LAST NAME | FIRST NAME | MI | ○ Jointly with __ No. __ on this page or with on next page |
| | SIGNATURE X | | | |
| 4 | LAST NAME | FIRST NAME | MI | ○ Jointly with __ No. __ on this page or with on next page |
| | SIGNATURE X | | | |

*Complete if you checked "Yes" to appointing an Attorney-in-Fact*
*Each Attorney-in-fact must also sign Attorney-in-Fact Signature Card*

| | | SIGNING AUTHORITY |
|---|---|---|
| A | NAME OF ATTORNEY-IN-FACT (POA) | ○ Jointly with __ in this section or with __ No. __ in above section |
| | ADDRESS: | |
| | TELEPHONE NUMBER: | |
| | SPECIMEN SIGNATURE X | |
| B | NAME OF ATTORNEY-IN-FACT (POA) | ○ Jointly with __ in this section or with __ No. __ in above section |
| | ADDRESS: | |
| | TELEPHONE NUMBER: | |
| | SPECIMEN SIGNATURE X | |
| C | NAME OF ATTORNEY-IN-FACT (POA) | ○ Jointly with __ on this page or with __ No. __ on above section |
| | ADDRESS: | |
| | TELEPHONE NUMBER: | |
| | SPECIMEN SIGNATURE X | |

6

BLUSA-EHRLICH INCOMING 0000030

## KNOW YOUR CUSTOMER PROFILE

1. Upon whose recommendation is Account Owner opening the Account?
EXISTING CUSTOMER LATIN LATIN AMERICA

2. Does any Account Owner have a relationship with another bank or depository institution?
   ☑ yes   ○ no

If "yes," indicate name and location of the bank or other depository institution:

Name of Bank or Other
Depository Institution                    Location

LATIN LATIN AMERICA
LATIN LATIN AMERICA
HASDMIN

3. FOR PERSONAL ACCOUNTS (for each account owner)

   a) What is Account Owner's occupation?  OWNER  Ehrloch Hrez
   
   b) If retired,

   When did Account Owner retire?

   What was Account Owner's occupation immediately before retirement?

   c) Do others have, or are they expected to have, a beneficial ownership interest in the Account – for example, Account Owner acting as agent for a third party in holding or investing funds in the Account?
      ○ yes   ○ no

   If "yes," provide the following information for each person other than Account Owner who is indicated as having a beneficial ownership interest in the Account.

   Name:

   Address:

   Home Telephone:

   Business Telephone:

   Occupation:

8

---

**SUBSTITUTE W-8**

## CERTIFICATE OF FOREIGN STATUS
*For Joint Accounts, each account owner must sign.*
*For Business Accounts, indicate signer's title.*

Under penalties of perjury, we certify that

For INTEREST PAYMENTS and for DIVIDENDS, we are not U.S. citizens or residents (or we are filing for a foreign corporation, estate or trust).

For BROKER TRANSACTIONS, we are Exempt Foreign Persons.*

1. NAME:

SIGNATURE X

PERMANENT RESIDENCE – ADDRESS

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |

2. NAME:

SIGNATURE X

PERMANENT RESIDENCE – ADDRESS

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |

3. NAME:

SIGNATURE X

PERMANENT RESIDENCE – ADDRESS

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |

4. NAME:

SIGNATURE X

ADDRESS:

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |

*You are an Exempt Foreign person for a calendar year in which (i) you are a nonresident alien individual or a foreign corporation, estate, or trust; (ii) if an individual, you have not been, and plan not to be, present in the United States for a total of 183 days or more during the year, and (iii) you are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

7

CONFIDENTIAL

BLUSA-EHRLICH INCOMING 0000031

a) During the next 12 months, what are the activities Account Owner intends to conduct through the Account? Indicate US dollar volume for each activity.

| | TIME DEPOSITS | INVESTMENTS |
|---|---|---|
| US$ or US$ equivalent? | V&B | 4. MM. |

b) Does Account Owner indicate additional funds will be transferred to the Account during the next 12 months?  ○ yes   ○ no
If "yes," what activities or circumstances primarily resulted in the acquisition of those funds?

- ○ Inheritances
- ○ Securities
- ○ Real Estate
- ○ Sale of business
- ○ Operation of a business
- ○ Investment activities
- ○ Other (describe)

1. I met with Account Owner (name) _____ , or, if a Business Account, Account Owner's principal (name) _____ on _____ ;

2. Such individual provided the above information to me personally;

3. I examined such individual's passport and confirm that the passport photo shows a true likeness;

4. I verified such individual's residence address;

5. Such individual signed the Customer Agreement page in my presence on _____ ; and

6. I reviewed the Application for completeness.

Signature of Rep Officer _____

BLUISA Officer

Date: _____

Reviewed By _____

Date: _____

10

---

**FOR BUSINESS ACCOUNTS**

a. Is the corporation publicly-held?  ○ yes   ○ no

If "no," provide the following information for each of the corporation's primary principals:

Name: _____

Address: _____

Home Telephone: _____

Business Telephone: _____

Occupation: _____

Employer: _____  Years there: _____

Employer Address: _____

b. Is the corporation substantially engaged in a trade or business other than managing financial assets?  ○ yes   ○ no

If "yes," provide the following information for the corporation:

What is that nature of that trade or business?

_____

Under what name is that trade or business conducted?

_____

What is the primary location at which that trade or business conducted?

_____

Did individual completing this profile personally visit that location?  ○ yes   ○ no

If "yes,"   (i)   when was that? _____

(date)          (time)

(ii)  describe what was observed, including both a brief physical description of premises and activities observed?

_____

9

BLUSA-EHRLICH INCOMING 0000032

TYPE OR PRINT NAME (and title if Business Account) AND SIGN IN BOX UNDERNEATH

TITLE _____
ACCOUNT _____

○ NEW ACCOUNT
○ UPDATE

**CUSTOMER SIGNATURE CARD**

1
Jointly with No. ____ ____ hereon, or with
No. ____ on Attorney-in-Fact Card dated
mm / dd / yy

X

2
Jointly with No. ____ ____ hereon, or with
No. ____ on Attorney-in-Fact Card dated
mm / dd / yy

X

3
Jointly with No. ____ ____ hereon, or with
No. ____ on Attorney-in-Fact Card dated
mm / dd / yy

X

4
Jointly with No. ____ ____ hereon, or with
No. ____ on Attorney-in-Fact Card dated
mm / dd / yy

X

Unless otherwise specified hereon and in Account Application, each may sign singly

X

---

07-  ○ ○ ○ ○ ○ ○ ○ ○

TITLE _____
ACCOUNT _____

○ NEW ACCOUNT
○ UPDATE

TYPE OR PRINT NAME (and title if Business Account) AND SIGN IN BOX UNDERNEATH

**ATTORNEY-IN-FACT SIGNATURE CARD**

1
Jointly with No. ____ ____ hereon, or with
No. ____ on Customer Card dated
mm / dd / yy

X

2
Jointly with No. ____ ____ hereon, or with
No. ____ on Customer Card dated
mm / dd / yy

X

3
Jointly with No. ____ ____ hereon, or with
No. ____ on Customer Card dated
mm / dd / yy

X

4
Jointly with No. ____ ____ hereon, or with
No. ____ on Customer Card dated
mm / dd / yy

X

Unless otherwise specified hereon and in Account Application, each may sign singly

X

BLUSA-EHRLICH INCOMING 0000033

Form **W-8BEN**

(October 1998)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding

► Section references are to the Internal Revenue Code. ► See separate instructions.

► Give this form to the withholding agent or payer. Do not send it to the IRS.

OMB No. 1545-...

Do not use this form for:

Instead, use:

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . W-9
- A foreign partnership (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, tax-exempt organization, or private foundation, claiming the applicability of section(s) 501(c), 892, 895, or 1443(b) . . . . . . . W-8ECI or W-8EXP
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
- A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI

**Part I** Identification of Beneficial Owner (See instructions.)

1 Name of individual or organization that is the beneficial owner
ENRIQUE   EHRLICH

2 Country of incorporation or organization
URUGUAY

3 Type of beneficial owner: ☑ Individual ☐ Corporation ☐ Disregarded entity ☐ Partnership ☐ Trust ☐ Foreign government ☐ International organization ☐ Foreign central bank of issue ☐ Foreign tax-exempt organization

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box.

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

5 Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

6 U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN

7 Foreign tax identifying number, if any (optional)

8 Account number(s) (optional)

**Part II** Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The beneficial owner is a resident of .................... within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty article dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .......... of the treaty identified on line 9a above to claim a ..................% rate of withholding on (specify type of income)................................

Explain the reasons the beneficial owner meets the terms of the treaty article. ....................................................
.............................................................................................................

**Part III** Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV** Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

- I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
- The beneficial owner is a foreign person,
- The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States.
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
- Any income from a notional principal contract to which this form relates is not effectively connected with the conduct of a trade or business within the United States, and
- I am not a former citizen or long-term resident of the United States subject to section 877 (relating to certain acts of expatriation) or if I am subject to section 877, I am nevertheless entitled to treaty benefits with respect to the amounts received.

Sign Here ► [signature]

Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z

CONFIDENTIAL

BLUSA-EHRLICH INCOMING 0000034

Form **W-8BEN**

(October 1998)

Department of the Treasury
Internal Revenue Service

**Certificate of Foreign Status of Beneficial Owner
for United States Tax Withholding**

► Section references are to the Internal Revenue Code.   ► See separate instructions.

► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-

**Do not use this form for:**

• A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Instead, us

• A foreign partnership (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI or W

• A foreign government, international organization, foreign central bank of issue, tax-exempt organization,
or private foundation claiming the applicability of section(s) 501(c), 892, 895, or 1443(b) . . . . . . . . . . . . . . . . . . . W-8ECI or W

• A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W

• A person claiming an exemption from U.S. withholding on income effectively connected with the conduct
of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W

**Part I   Identification of Beneficial Owner (See instructions)**

| 1 | Name of individual or organization that is the beneficial owner | 2 | Country of incorporation or organization |
|---|---|---|---|
| | DAVID   EHRLICH | | VIRGIN |

3   Type of beneficial owner:   [✓] Individual   [ ] Corporation   [ ] Disregarded entity   [ ] Partnership   [ ] Trust   [ ]

[ ] Foreign government   [ ] International organization   [ ] Foreign central bank of issue   [ ] Foreign tax-exempt organization

4   Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box.

| | | Country (do not abbreviate) |
|---|---|---|
| City or town, state or province. Include postal code where appropriate. | | |

5   Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | | Country (do not abbreviate) |
|---|---|---|

| 6   U.S. taxpayer identification number, if required (see instructions) | 7   Foreign tax identifying number, if any (optional) |
|---|---|
| [ ] SSN or ITIN   [ ] EIN | |

8   Account number(s) (optional)

**Part II   Claim of Tax Treaty Benefits (if applicable)**

9   I certify that (check all that apply):

a   [ ] The beneficial owner is a resident of ........................ within the meaning of the income tax treaty between the United States and that cou

b   [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c   [ ] The beneficial owner is not an individual, derives the income for which the treaty benefits are claimed, and, if applicable, meets the
requirements of the treaty article dealing with limitation on benefits (see instructions).

d   [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest fro
U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e   [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will fi
Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10   Special rates and conditions (if applicable—see instructions). The beneficial owner is claiming the provisions of Article ................. o
treaty identified on line 9a above to claim a .................... % rate of withholding on (specify type of income).............................

Explain the reasons the beneficial owner meets the terms of the treaty article: .................................................

.................................................................................................

**Part III   Notional Principal Contracts**

11   [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively
connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV   Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete.
I further certify under penalties of perjury that:

• I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.

• The beneficial owner is a foreign person,

• The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States,

• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

• Any income from a notional principal contract to which this form relates is not effectively connected with the conduct of a trade or business within the United
States, and

• I am not a former citizen or long-term resident of the United States subject to section 877 (relating to certain acts of expatriation), if I am subject to section 877,
I am nevertheless entitled to certify beneficial withholding to the amounts received.

**Sign Here** ►

Signature of beneficial owner (or individual authorized to sign for beneficial owner)          Date          Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (10-9



# Bank Leumi USA E-banking Application and Agreement

Account Title: *ENRIQUE EHRLICH OR DAVID EHRLICH*

Accessible Account Number :  *0810*

Location where Leumi e-banking will primarily be used:

*005982  7116647*

Phone at that location: *ROQUE GRASSRAS 639/102*
*MONTEVIDEO URUGUAY*

Current hardware (PC or Mac, and processor) and operating system: *PC*

Name of representative (if any) authorized to use Leumi e-banking on my behalf:

I apply for access to Leumi e-Banking as to the accounts indicated below upon the terms set forth in this *Application and Agreement*

Customer Name:

Signature: _____

If business Account:

Title:

Date    February 5, 2002

Approved by:

_____

Page 3 of 3

CONFIDENTIAL

*For Personal Accounts Only*

**CUSTOMER DUE DILIGENCE PROFILE**
*To be completed upon credible information obtained from Account Owner(s).*
*Use continuation sheets if necessary.*
* * *

Check One:
[X] Full Profile
[ ] Update (Complete only those items that have changed since Full Profile or last Update.)

ACCOUNT NO _____ 0810

ACCOUNT OWNER
_____ Enrique Ehrlich or David Ehrlich
(as in Account Application; if more than one, include all)

1   Name of individual who is referring the Account Owner to Bank Leumi USA (including identifying information / relationship to BLUSA)
_____ ENT _____

2.   Does (did) Account Owner own (alone or with others), or have a relationship with, other accounts at BLUSA or another bank or depository institution?   yes [X]   no [ ]

If "yes," indicate name of account, if different, and name and location of bank or other depository institution:

Name and Location of Bank or
Depository Institution                          Name of Account, if different
Leumi Latin America _____

Hapoalim Latin America _____

3.1)   Name of Account Owner _____

Home Address _____

Home Telephone _____

Account Owner's Occupation _____

Name of Employer/Firm (if self-employed) _____

Employer / Firm Address _____

Employer / Firm Information _____

Page 1 of 5

### *For Personal Accounts Only*

**If Account Owner is Retired:** Provide date of retirement _____ and provide Occupation / Firm / Employer / Business information (above) for most recent employment.

CONFIDENTIAL                                                      BLUSA-EHRLICH INCOMING 0000038

*For Personal Accounts Only*

3.2)   Name of Account Owner            David

Home Address
          Roque Graseras  639/602  Montevideo

Home Telephone

Account Owner's Occupation

Name of Employer/Firm (if self-employed)

Employer / Firm Address

Employer / Firm Information

**If Account Owner is Retired:** Provide date of retirement _____ and provide Occupation / Firm / Employer / Business information (above) for most recent employment.

3.3)   Name of Account Owner

Home Address

Home Telephone

Account Owner's Occupation

Name of Employer/Firm (if self-employed)

Employer / Firm Address

Employer / Firm Information

**If Account Owner is Retired:** Provide date of retirement _____ and provide Occupation / Firm / Employer / Business information (above) for most recent employment.

4.   Do others have, or are they expected to have, a beneficial ownership interest in the Account--for example, Account Owner acting as agent for a third party in holding or investing funds in the Account?
     yes ☐     no ☐
     If "yes," provide the following information for each person (other than Account Owner) who has a beneficial ownership interest in the Account
     Name
     Address
     Home Telephone:_____          Business Telephone: _____
     Occupation:
     (Attach additional sheets if needed.)

CONFIDENTIAL                                    BLUSA-EHRLICH INCOMING 0000039

### *For Personal Accounts Only*

**5. a)** What source(s) of funds will be used to open the Account or purchase investments?[1]  Check all that apply and indicate dollar amounts.

____ Inheritances  $_____ *(provide details below)*
____ Savings from employment earnings $ _____ *(please provide details below)*
____ Operation of a business  $_____ *(provide details below)*
____ Investment activities  $_____ *(provide details below)*
        ____ Securities      ____ Real estate      ____ Sale of business      ____ Other (describe) _____

Details: _____

_____

_____

**b)** Does Account Owner indicate additional funds will be transferred to the Account during next 12 months?
yes  X    no ___

If "yes," what will be source and expected *monthly* amounts of those funds?

____ Inheritances  $_____ *(provide details below)*
____ Savings from employment earnings $ _____ *(please provide details below)*
____ Operation of a business  $_____ *(provide details below)*
____ Investment activities  $_____ *(provide details below)*
        X  Securities      ____ Real estate      ____ Sale of business      X  Other (describe) _____   350,000

Details _____

**c)** During the next 12 months, what type and dollar amount of activities does Account Owner intend to conduct *monthly* through the Account?  Indicate *monthly* US dollar volume for each category, both incoming and outgoing.

| | INCOMING FUNDS | | | OUTGOING FUNDS | | |
|---|---|---|---|---|---|---|
| | WIRE TRANSFERS | CHECK DEPOSITS | CASH DEPOSITS | WIRE TRANSFERS | CHECK WITHDRAWALS | CASH WITHDRAWALS |
| US$ or US$ equivalent | | | | | | |

**d)** During the next 12 months, what type and *average monthly* dollar amount of asset holdings does the customer intend to maintain in the account?

| | TRANSACTION ACCTS | TIME DEPOSITS | INVESTMENTS |
|---|---|---|---|
| US$ or US$ equivalent | | | 350,000  US |

[1] "Source of funds" means both (1) identity of remitting financial institution, and (ii) activities or circumstances which primarily resulted in acquisition of those funds.  For
* Inheritances, indicate from whom.
* Operation of a business; indicate name, location, and nature of business.
* Securities investment activities  indicate name through which they were conducted—for example, if through a personal investment company, name of that company—and securities firm(s) through which securities investment activities were conducted.
* Real estate investment activities  identify their nature, name through which they were conducted, and any intermediary used.
* Sale of business: indicate name, location, and nature of business and when sold.

Page 4 of 5

*For Personal Accounts Only*

## Account Risk Evaluation

|  | YES | NO |
|---|---|---|

1. Are any of the account owners, principals, partners, signers or beneficiaries a political figure or high-ranking military officer or closely related to a political figure or high-ranking military officer?   ___  X___

2. For accounts opened in the U.S.A , are any of the account owners, principals, partners, signers or beneficiaries residents of a country other than the U.S.A.?   X___   ⌐

3. Are any of the account owners, principals, partners, signers or beneficiaries residents of a country other than the country where the office completing this form is located?   ___  X___

4. Is the account owner a British Virgin Islands ("BVI") corporation, a Private Investment Company ("PIC") or a "bearer share" corporation?  If yes, specify country of organization: _____   ___  X___

5. Does the total relationship with this customer exceed  $5 million?   ___  X___

6. Does the customer expect to have more than 25 wire transactions / month or does the customer expect to have wire transfers  totaling more than $1,000,000 / month **excluding** internal bank transfers for Time Deposits and Investments?   ___  X___

7. Is any account owner a currency dealer or exchanger; check casher; issuer of traveler's checks or money orders; seller or redeemer of traveler's checks or money orders; or money transmitter?   X___

Comments _____  _____   |

_____

_____

_____

_____

Page 5 of 5

CONFIDENTIAL                     BLUSA-EHRLICH INCOMING 0000041

*For Personal Accounts Only*

*CERTIFICATION (for FULL PROFILE)*

Account Name. *Enrique Ehrlich or David Ehrlich*

1. I met with Account Owner *[name]* _____ on 9 17 200 2

2. Such individual provided the above information to me personally.

3. I examined such individual's *[kind of acceptable photo identification]* yes and confirm that the photo thereon shows a true likeness, and I have retained a copy of same in the file.

4. I verified such individual's residence address using *[specify kind of acceptable document]* _____ and I have retained a copy of same in the file;

5. Such individual signed the Account Application in my presence on _____ 9 17 200 2 ; and

6. I reviewed the Account Application for completeness.

Signature: _____ or _____
Rep Office Employee (if applicable)          BLUSA Officer

_____            _____

Date: _____       Date: _____

............................................................................

**APPROVAL(S)**

Approved by: _____ and _____
Representative (if other Rep Office              BLUSA Officer
Employee signed Certification)

_____

| OFAC List | Checked |
|-----------|---------|
| By        | On      |

Date: _____       Date: _____

If Rep Office Employee other than the Representative signs under "CERTIFICATION," the Representative must signed under "APPROVAL(S)." All accounts must be approved by a BLUSA officer

5A

CONFIDENTIAL                     BLUSA-EHRLICH INCOMING 0000042