# EXHIBIT B

# ACCOUNT APPLICATION

"In this BLUSA International Account Application, you provide the information necessary to open an account with us. If you wish to open both a Personal Account and a Business Account, please use two Account Applications."

☑ NEW ACCOUNT ○ UPDATE TO EXISTING ACCOUNT

ACCOUNT TITLE: ENRIQUE EHRLICH OR SARA GOLDSTEIN
(For Personal Accounts, last name first)

Account No. to be completed by Representative

ACCOUNT NO: [redacted] 0 8 2 8  CC# 5002  #1196361

## ACCOUNT TYPE

| ☑ PERSONAL | ○ BUSINESS |
|---|---|
| Check at least one | Check at least one |
| ☒ Checking with Interest | ○ Checking without Interest |
| ○ Money Market | ○ Money Market |

URUGUAY-32603

| WILL ACCOUNT BE: | YES | NO | PAGE IN ACCOUNT TERMS |
|---|---|---|---|
| Joint Account? | ✓ | ○ | 3 |
| "in trust for" account? | ✓ | ○ | 2.9 |
| "account designated by number or otherwise"? | ○ | ✓ | 4 |

| SHOULD WE: | YES | NO | PAGE IN ACCOUNT TERMS |
|---|---|---|---|
| hold all mail? | ○ | ✓ | 2.9 |
| verify telephone (oral or facsimile transmission) payment orders before execution? | ✓ | ○ | 10 |

| SHOULD WE: | YES | NO | PAGE IN ACCOUNT TERMS |
|---|---|---|---|
| prepare account statements (check only one) | | | |
| ✓ monthly? | | | 4 |
| ○ quarterly? | | | |
| ○ annually? | | | |
| send with your statement paid checks and memo items | ○ | ✓ | 4 |
| ARE YOU APPOINTING AN ATTORNEY IN FACT? | ○ | ✓ | 10 |

For personal account, go to page 2
For business account, go to page 6

## INFORMATION AS TO MAIN OWNER

OWNER 1 LAST NAME: ENRIQUE FIRST NAME: EHRLICH MI: (N3674337)

PERMANENT RESIDENCE ADDRESS: ROQUE GRANERAS 639/102
STREET: URUGUAY CITY: MONTEVIDEO POSTAL CODE:
COUNTRY

HOME TELEPHONE
VOICE ( ) 005982 7116647 FACSIMILE ( )
Area Code Area Code

If circumstances require us to send you a transaction information... by facsimile transmission, shall we contact you by Voice Line before the transmission?

○ Yes ○ No

BUSINESS TELEPHONE
VOICE ( ) FACSIMILE ( )
Area Code Area Code

If circumstances require us to send you a transaction information or... by facsimile transmission, should we contact you on Voice Line before the transmission?

○ Yes ○ No

DATE OF BIRTH: 5 / 11 / 1944 (Month Day Year) OCCUPATION: Dionis Ehrlich Hnos S.C.

EMPLOYER

EMPLOYER ADDRESS: JUSTICIA 2172

CITIZENSHIP: URUGUAYA

MAILING ADDRESS FOR ACCOUNT INFORMATION:
ENRIQUE ~~GOLDSTEIN~~ EHRLICH
LAST NAME FIRST NAME MI
JUSTICIA 2192
STREET
URUGUAY MONTEVIDEO
COUNTRY CITY POSTAL CODE

Attach copy of an ID or Passport Photo for each owner.
If joint account, go to page ... If not joint account and not "in trust for" account, go to ... Customer Agreement ...

10/3/91 4/10/31

## INFORMATION AS TO ADDITIONAL OWNERS

*Complete for each additional owner of joint account. Rule out unused sections.*

#367438

**OWNER 2** LAST NAME: SARA GOLDSTEIN FIRST NAME MI

PERMANENT RESIDENCE ADDRESS: ROQUE GRASERAS 639/102

STREET: URUGUAY CITY: MONTEVIDEO POSTAL CODE

COUNTRY

HOME TELEPHONE: 005982 7108697

VOICE ( ) FACSIMILE ( )

BUSINESS TELEPHONE

VOICE ( ) FACSIMILE ( )

DATE OF BIRTH: 10 20 1954 (M D Y) OCCUPATION: DR. MEDICINE

CITIZENSHIP (with national identity number or, if none, Passport number): 1266820/6

**OWNER 3** LAST NAME FIRST NAME MI

PERMANENT RESIDENCE ADDRESS

STREET CITY POSTAL CODE

COUNTRY

HOME TELEPHONE

VOICE ( ) FACSIMILE ( )

BUSINESS TELEPHONE

VOICE ( ) FACSIMILE ( )

DATE OF BIRTH (M D Y) OCCUPATION

CITIZENSHIP (with national identity number or, if none, Passport number)

**OWNER 4** LAST NAME FIRST NAME MI

PERMANENT RESIDENCE ADDRESS

STREET CITY POSTAL CODE

COUNTRY

HOME TELEPHONE

VOICE ( ) FACSIMILE ( )

BUSINESS TELEPHONE

VOICE ( ) FACSIMILE ( )

DATE OF BIRTH (M D Y) OCCUPATION

CITIZENSHIP (with national identity number or, if none, Passport number)

Attach copy of an ID or Passport Photo

If not "in trust for" account, go to Customer Agreement page 6.

If "in trust for" go to page 4

3

## BENEFICIARIES

*Complete for each Beneficiary of "in trust for" account. Rule out unused sections.*

1 BENEFICIARY NAME (Last Name, First Name, MI): DANIEL EHRLICH

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip): ROQUE GRASERAS 639/102 - MONTEVIDEO

COUNTRY: URUGUAY

CITIZENSHIP (with National Identity Number or, if none, Passport Number): 4350040/3

RELATIONSHIP TO PRIMARY OWNER: SON DATE OF BIRTH: 1 13 1982 (M D Y)

2 BENEFICIARY NAME (Last Name, First Name, MI): PAULA EHRLICH

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip): ROQUE GRASERAS 639/102 - MONTEVIDEO

COUNTRY: URUGUAY

CITIZENSHIP (with National Identity Number or, if none, Passport Number): 4350034/8

RELATIONSHIP TO PRIMARY OWNER: DAUGHTER DATE OF BIRTH: 1 4 1985 (M D Y)

3 BENEFICIARY NAME (Last Name, First Name, MI)

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)

COUNTRY

CITIZENSHIP (with National Identity Number or, if none, Passport Number)

RELATIONSHIP TO PRIMARY OWNER DATE OF BIRTH (M D Y)

4 BENEFICIARY NAME (Last Name, First Name, MI)

PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)

COUNTRY

CITIZENSHIP (with National Identity Number or, if none, Passport Number)

RELATIONSHIP TO PRIMARY OWNER DATE OF BIRTH (M D Y)

Attach copy of an ID or Passport picture for each beneficiary.

Go to page 6.

4

6070

4/20

...ACCOUNTS

| BUSINESS NAME | | |
|---|---|---|
| TYPE OF ORGANIZATION (e.g., corporation, unincorporated association) | | |
| ORGANIZED UNDER LAWS OF (country) | | |
| BUSINESS ADDRESS (specify even if you choose "hold mail") | | |
| STREET | CITY | POSTAL CODE |
| COUNTRY | | |

| MAILING ADDRESS FOR ACCOUNT INFORMATION (Do not complete if you choose "hold all mail") | | |
|---|---|---|
| LAST NAME | FIRST NAME | MI |
| STREET | CITY | POSTAL CODE |
| COUNTRY | | |

FOR A CORPORATION OR UNINCORPORATED ASSOCIATION,

DATE ON WHICH CORPORATE AUTHORITY PROVISIONS (ARTICLE VIII) OF THE INTERNATIONAL ACCOUNT TERMS BOOKLET WERE DULY ADOPTED AND APPROVED BY THE BOARD OF DIRECTORS, OTHER GOVERNING BODY, OR, IF NO GOVERNING BODY, THE MEMBERS

M | D | Y

5

1. The Account Owner represents and warrants that all information is true, correct, and complete.
2. The Account Owner confirms receiving a copy of, and agreeing to, the International Account Terms.
3. For purposes of Line 1, "Account Owner" refers to each individual signing this page.
4. Each individual signing this page is authorized to sign singly in transacting all business for this Account unless otherwise specified to the right of the signer

I UNDERSTAND THAT DEPOSITS MAY BE OPENED IN, AND FINANCIAL ASSETS PURCHASED AND SOLD THROUGH, THE ACCOUNT, EXCEPT FOR DEPOSITS WITH YOUR NEW YORK HEAD OFFICE. I UNDERSTAND THAT DEPOSITS ARE NOT FDIC INSURED. I ALSO UNDERSTAND THAT FINANCIAL ASSETS PURCHASED THROUGH THE ACCOUNT ARE

- NOT INSURED BY THE FDIC;
- NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, YOU, YOUR AFFILIATES, OR ANY OTHER DEPOSITORY INSTITUTION; AND
- SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

*Rule out unused sections*

| | | | | SIGNING AUTHORITY |
|---|---|---|---|---|
| 1 | LAST NAME EHRLICH | FIRST NAME Enrique | MI | ◯ Jointly with No. ____ on or with ____ in POA section |
| | SIGNATURE X [signature] | | | |
| 2 | LAST NAME GOLDSTEIN | FIRST NAME SAMY | MI | ◯ Jointly with No. ____ on this page or with on next page |
| | SIGNATURE X [signature] | | | |
| 3 | LAST NAME | FIRST NAME | MI | ◯ Jointly with No. ____ on this page or with on next page |
| | SIGNATURE X | | | |
| 4 | LAST NAME | FIRST NAME | MI | ◯ Jointly with No. ____ on this page or with on next page |
| | SIGNATURE X | | | |

*Complete if you checked "Yes" to appointing an Attorney-in-Fact. Each Attorney-in-Fact must also sign Attorney-in-Fact Signature Card*

| | | SIGNING AUTHORITY |
|---|---|---|
| A | NAME OF ATTORNEY-IN-FACT (POA) | ◯ Jointly with ____ in this section or with No. ____ in above section |
| | ADDRESS | |
| | TELEPHONE NUMBER | |
| | SPECIMEN SIGNATURE X | |
| B | NAME OF ATTORNEY-IN-FACT (POA) | ◯ Jointly with ____ in this section or with No. ____ in above section |
| | ADDRESS | |
| | TELEPHONE NUMBER | |
| | SPECIMEN SIGNATURE X | |
| C | NAME OF ATTORNEY-IN-FACT (POA) | ◯ Jointly with ____ on this page or with No. ____ on above section |
| | ADDRESS | |
| | TELEPHONE NUMBER | |
| | SPECIMEN SIGNATURE X | |

6

SUBSTITUTE W-8

## CERTIFICATE OF FOREIGN STATUS

*For Joint Accounts, each account owner must sign.*
*For Business Accounts, indicate signer's title.*

Under penalties of perjury, we certify that

For INTEREST PAYMENTS and for DIVIDENDS, we are not U.S. citizens or residents (or we are filing for a foreign corporation, estate or trust)

For BROKER TRANSACTIONS, we are Exempt Foreign Persons.*

| | | | | |
|---|---|---|---|---|
| 1. NAME: | | | | |
| SIGNATURE: X | | | | |
| PERMANENT RESIDENCE – ADDRESS: | | | | |
| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
| 2. NAME: | | | | |
| SIGNATURE: X | | | | |
| PERMANENT RESIDENCE – ADDRESS: | | | | |
| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
| 3. NAME: | | | | |
| SIGNATURE: X | | | | |
| PERMANENT RESIDENCE – ADDRESS: | | | | |
| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
| 4. NAME: | | | | |
| SIGNATURE: X | | | | |
| ADDRESS | | | | |
| STREET | COUNTRY | CITY | STATE | POSTAL CODE |

**You are an Exempt Foreign person for a calendar year in which (i) you are a nonresident alien individual or a foreign corporation, estate, or trust; (ii) if an individual, you have not been, and plan not to be, present in the United States for a total of 183 days or more during the year, and (iii) you are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.*

7

## KNOW YOUR CUSTOMER PROFILE

1. Upon whose recommendation is Account Owner opening the Account?
EXISTENT CUSTOMER WITH LEUMI LATIN AMERICA

2. Does any Account Owner have a relationship with another bank or depository institution?
☑ yes ○ no

If "yes," indicate name and location of the bank or other depository institution:

Name of Bank or Other Depository Institution — Location

LEUMI LATIN AMERICA
[illegible] " "

3. FOR PERSONAL ACCOUNTS (*for each account owner*)

a) What is Account Owner's occupation? Owner Ehrlich Hnos SA

b) If retired,

When did Account Owner retire? ______

What was Account Owner's occupation immediately before retirement? ______

c) Do others have, or are they expected to have, a beneficial ownership interest in the Account – for example, Account Owner acting as agent for a third party in holding or investing funds in the Account?
○ yes ○ no

If "yes," provide the following information for each person other than Account Owner who is indicated as having a beneficial ownership interest in the Account.

Name: ______

Address: ______

Home Telephone: ______

Business Telephone: ______

Occupation: ______

8

## FOR BUSINESS ACCOUNTS

a. Is the corporation publicly-held? ○ yes ○ no

If "no," provide the following information for each of the corporation's primary principals:

Name: ______

Address: ______

Home Telephone: ______

Business Telephone: ______

Occupation: ______

Employer: ______ Years there: ______

Employer Address: ______

b. Is the corporation substantially engaged in a trade or business other than managing financial assets? ○ yes ○ no

If "yes," provide the following information for the corporation:

What is that nature of that trade or business?

______

Under what name is that trade or business conducted?

______

What is the primary location at which that trade or business conducted?

______

Did individual completing this profile personally visit that location? ○ yes ○ no

If "yes," (i) when was that?

______ *(date)* ______ *(time)*

(ii) describe what was observed, including both a brief physical description of premises and activities observed?

______

______

______

a) During the next 12 months, what are the activities Account Owner intends to conduct through the Account? Indicate US dollar volume for each activity.

| | TIME DEPOSITS | INVESTMENTS |
|---|---|---|
| US$ or US$ equivalent | | US$ 1.MM |

b) Does Account Owner indicate additional funds will be transferred to the Account during the next 12 months? ○ yes ○ no
If "yes," what activities or circumstances primarily resulted in the acquisition of those funds?

○ Inheritances
○ Securities ○ Operation of a business
○ Real Estate ✓ Investment activities
○ Sale of business ○ Other (describe)

______

1. *I met with Account Owner (name)* ______ *or, if a Business Account, Account Owner's principal (name)* ______ *on* ______ ______, ______;
2. *Such individual provided the above information to me personally;*
3. *I examined such individual's passport and confirm that the passport photo shows a true likeness;*
4. *I verified such individual's residence address;*
5. *Such individual signed the Customer Agreement page in my presence on* ______ ______, ______ *; and*
6. *I reviewed the Application for completeness.*

______
*Signature of Rep Officer*

*Date:* ______

*Reviewed By:* ______

*Date:* ______ BLUSA Officer