# EXHIBIT C



# ACCOUNT APPLICATION

In this BLUSA International Account Application, you provide the information necessary to open an account with us. If you wish to open both a Personal Account and a Business Account, please use two Account Applications."

○ NEW ACCOUNT ○ UPDATE TO EXISTING ACCOUNT

ACCOUNT TITLE DAVID EHRLICH OR ANGELA TYKOCKI
(For Personal Accounts, last name first)

*Account No. to be completed by Representative*

ACCOUNT NO. [redacted] 0 8 3 7 Index # 277813

## ACCOUNT TYPE

| ☑ PERSONAL | ○ BUSINESS |
|---|---|
| *Check at least one* | *Check at least one* |
| ○ Checking with Interest | ○ Checking without Interest |
| ○ Money Market | ○ Money Market |

| WILL ACCOUNT BE: | YES | NO | PAGE IN ACCOUNT TERMS |
|---|---|---|---|
| Joint Account? | ☑ | ○ | 3 |
| "in trust for" account? | ☑ | ○ | 2-3 |
| "account designated by number or otherwise"? NAME | ○ | ☑ | 4 |
| SHOULD WE: | | | |
| hold all mail? | ○ | ☑ | 2, 9 |
| verify telephone (oral or facsimile transmission) payment orders before execution? | ○ | ○ | 6-7 |

| SHOULD WE: | YES | NO | PAGE IN ACCOUNT TERM |
|---|---|---|---|
| prepare account statements. (*check only one*) ○ monthly? ○ quarterly? ○ annually? | | | 4 |
| Send with your statement paid checks and memo items. | ○ | ○ | 4 |
| ARE YOU APPOINTING AN ATTORNEY-IN-FACT? | ○ | ○ | 10 |

For personal account, go to page 2
For business account, go to page 6

1

## INFORMATION AS TO MAIN OWNER

OWNER 1 LAST NAME: EHRLICH FIRST NAME: DAVID MI:

PERMANENT RESIDENCE ADDRESS: ROQUE GRASERAS 639/602
STREET / CITY / POSTAL CODE: MONTEVIDEO
COUNTRY: URUGUAY

HOME TELEPHONE
VOICE (Area Code) 005982 7115293 FACSIMILE (Area Code)
If circumstances require us to send you a facsimile transmission or you request material by facsimile transmission, should we contact you on Voice Line before the transmission?
☑ yes ○ no

BUSINESS TELEPHONE
VOICE (Area Code) 005982 2090510 FACSIMILE (Area Code)
If circumstances require us to send you a facsimile transmission or you request material by facsimile transmission, should we contact you on Voice Line before the transmission?
☑ yes ○ no

DATE OF BIRTH (Month Day Year) 5 21 1947 OCCUPATION: OWNER EHRLICH HNOS SC

EMPLOYER

EMPLOYER ADDRESS (*Street, City, State, Zip, Country*): JUSTICIA 2192

CITIZENSHIP (National ID #, if none, Passport #): 1070 9301 4

MAILING ADDRESS FOR ACCOUNT INFORMATION (*Do not complete if you checked "Yes" to "hold mail"*)
DAVID EHRLICH
LAST NAME / FIRST NAME / MI
JUSTICIA 2192
STREET / CITY: MONTEVIDEO / POSTAL CODE
COUNTRY: URUGUAY

Attach copy of an ID or Passport Photo for each owner.
*If joint account, go to page 3. If not joint account but "in trust for" account, go to page 4*
*If not joint account and not "in trust for" account, go to Customer Agreement page 6*
*If "in trust for" go to page 6*

2

## INFORMATION AS TO ADDITIONAL OWNERS

*Complete for each additional owner of joint account.*
*Rule out unused sections.*

**OWNER 2** LAST NAME TYKOCKI FIRST NAME ANGELA MI

PERMANENT RESIDENCE ADDRESS ROQUE GRASERAS 639/602
STREET URUGUAY CITY MONTEVIDEO POSTAL CODE
COUNTRY
HOME TELEPHONE VOICE ( ) 005982 7115293 FACSIMILE ( ___ )
BUSINESS TELEPHONE VOICE ( ) FACSIMILE ( ___ )
DATE OF BIRTH (M D Y) 11 6 1954 OCCUPATION
CITIZENSHIP (with national identity number or, if none, Passport number) 1359283/0

**OWNER 3** LAST NAME FIRST NAME MI

PERMANENT RESIDENCE ADDRESS
STREET CITY POSTAL CODE
COUNTRY
HOME TELEPHONE VOICE ( ___ ) FACSIMILE ( ___ )
BUSINESS TELEPHONE VOICE ( ___ ) FACSIMILE ( ___ )
DATE OF BIRTH (M D Y) OCCUPATION
CITIZENSHIP (with national identity number or, if none, Passport number)

**OWNER 4** LAST NAME FIRST NAME MI

PERMANENT RESIDENCE ADDRESS
STREET CITY POSTAL CODE
COUNTRY
HOME TELEPHONE VOICE ( ___ ) FACSIMILE ( ___ )
BUSINESS TELEPHONE VOICE ( ___ ) FACSIMILE ( ___ )
DATE OF BIRTH (M D Y) OCCUPATION
CITIZENSHIP (with national identity number or, if none, Passport number)

Attach copy of an ID or Passport Photo
*If not "in trust for" account, go to Customer Agreement page 6*
*If "in trust for" go to page 4*

3

## BENEFICIARIES

*Complete for each Beneficiary of "in trust for" account*
*Rule out unused sections.*

**1** BENEFICIARY NAME (Last Name, First Name, MI) EHRLICH JORGE
PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip) R. GRASERAS 639/602
COUNTRY URUGUAY
CITIZENSHIP (with National Identity Number or, if none, Passport Number) 3935654/7
RELATIONSHIP TO PRIMARY OWNER SON DATE OF BIRTH (M D Y) 12 10 1975

**2** BENEFICIARY NAME (Last Name, First Name, MI) EHRLICH SARA
PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip) R. GRASERAS 639/602
COUNTRY URUGUAY
CITIZENSHIP (with National Identity Number or, if none, Passport Number) 3935622/4
RELATIONSHIP TO PRIMARY OWNER DAUGHTER DATE OF BIRTH (M D Y) 8 11 1978

**3** BENEFICIARY NAME (Last Name, First Name, MI)
PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)
COUNTRY
CITIZENSHIP (with National Identity Number or, if none, Passport Number)
RELATIONSHIP TO PRIMARY OWNER DATE OF BIRTH (M D Y)

**4** BENEFICIARY NAME (Last Name, First Name, MI)
PERMANENT RESIDENCE ADDRESS (Street, City, State, Zip)
COUNTRY
CITIZENSHIP (with National Identity Number or, if none, Passport Number)
RELATIONSHIP TO PRIMARY OWNER DATE OF BIRTH (M D Y)

*Attach copy of an ID or Passport picture for each beneficiary.*
*Go to page 6.*

4




## BASIC INFORMATION FOR BUSINESS ACCOUNTS

BUSINESS NAME

TYPE OF ORGANIZATION (e.g., corporation, unincorporated association)

ORGANIZED UNDER LAWS OF (country)

BUSINESS ADDRESS (specify even if you choose "hold mail")

STREET | CITY | POSTAL CODE

COUNTRY

MAILING ADDRESS FOR ACCOUNT INFORMATION *(Do not complete if you choose "hold all mail")*

LAST NAME | FIRST NAME | MI

STREET | CITY | POSTAL CODE

COUNTRY

*FOR A CORPORATION OR UNINCORPORATED ASSOCIATION,*

DATE ON WHICH CORPORATE AUTHORITY PROVISIONS (ARTICLE VIII) OF THE INTERNATIONAL ACCOUNT TERMS BOOKLET WERE DULY ADOPTED AND APPROVED BY THE BOARD OF DIRECTORS, OTHER GOVERNING BODY, OR, IF NO GOVERNING BODY, THE MEMBERS

M | D | Y

5

## CUSTOMER AGREEMENT

1. The Account Owner represents and warrants that all information is true, correct, and complete.
2. The Account Owner confirms receiving a copy of, and agreeing to, the International Account Terms.
3. For purposes of Line 1, "Account Owner" refers to each individual signing this page.
4. Each individual signing this page is authorized to sign singly in transacting all business for this Account unless otherwise specified to the right of the signer.

I UNDERSTAND THAT DEPOSITS MAY BE OPENED IN, AND FINANCIAL ASSETS PURCHASED AND SOLD THROUGH, THE ACCOUNT, EXCEPT FOR DEPOSITS WITH YOUR NEW YORK HEAD OFFICE. I UNDERSTAND THAT DEPOSITS ARE NOT FDIC INSURED. I ALSO UNDERSTAND THAT FINANCIAL ASSETS PURCHASED THROUGH THE ACCOUNT ARE

- NOT INSURED BY THE FDIC;
- NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, YOU, YOUR AFFILIATES, OR ANY OTHER DEPOSITORY INSTITUTION; AND
- SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*Rule out unused sections*

| | | SIGNING AUTHORITY |
|---|---|---|
| 1 | LAST NAME / FIRST NAME / MI<br>SIGNATURE: X | ◯ Jointly with<br>No. ____ on or with ____<br>in POA section |
| 2 | LAST NAME / FIRST NAME / MI<br>SIGNATURE: X | ◯ Jointly with<br>No. ____ on this page or with ____ on next page |
| 3 | LAST NAME / FIRST NAME / MI<br>SIGNATURE: X | ◯ Jointly with<br>No. ____ on this page or with ____ on next page |
| 4 | LAST NAME / FIRST NAME / MI<br>SIGNATURE: X | ◯ Jointly with<br>No ____ on this page or with ____ on next page |

*Complete if you checked "Yes" to appointing an Attorney-in-Fact*
*Each Attorney-in-Fact must also sign Attorney-in-Fact Signature Card*

| | | SIGNING AUTHORITY |
|---|---|---|
| A | NAME OF ATTORNEY-IN-FACT (POA)<br>ADDRESS<br>TELEPHONE NUMBER<br>SPECIMEN SIGNATURE: X | ◯ Jointly with<br>____ in this section or with<br>No. ____<br>in above section |
| B | NAME OF ATTORNEY-IN-FACT (POA)<br>ADDRESS:<br>TELEPHONE NUMBER:<br>SPECIMEN SIGNATURE: X | ◯ Jointly with<br>____ in this section or with<br>No ____<br>in above section |
| C | NAME OF ATTORNEY-IN-FACT: (POA)<br>ADDRESS:<br>TELEPHONE NUMBER:<br>SPECIMEN SIGNATURE: X | ◯ Jointly with<br>____ on this page or with<br>No. ____<br>on above section |

6

CONFIDENTIAL BLUSA-EHRLICH INCOMING 0000054

SUBSTITUTE W-8

## CERTIFICATE OF FOREIGN STATUS

*For Joint Accounts, each account owner must sign.*
*For Business Accounts, indicate signer's title.*

Under penalties of perjury, we certify that

For INTEREST PAYMENTS and for DIVIDENDS, we are not U.S. citizens or residents (or we are filing for a foreign corporation, estate or trust).

For BROKER TRANSACTIONS, we are Exempt Foreign Persons.*

1. NAME:

SIGNATURE: X

PERMANENT RESIDENCE – ADDRESS:

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|

2. NAME:

SIGNATURE: X

PERMANENT RESIDENCE – ADDRESS:

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|

3. NAME:

SIGNATURE: X

PERMANENT RESIDENCE – ADDRESS:

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|

4. NAME:

SIGNATURE: X

ADDRESS:

| STREET | COUNTRY | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|

*You are an Exempt Foreign person for a calendar year in which (i) you are a nonresident alien individual or a foreign corporation, estate, or trust, (ii) if an individual, you have not been, and plan not to be, present in the United States for a total of 183 days or more during the year; and (iii) you are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.*

7

## KNOW YOUR CUSTOMER PROFILE

1. Upon whose recommendation is Account Owner opening the Account?
EXISTENT CUSTOMER LEUMI L. AMERICA

2. Does any Account Owner have a relationship with another bank or depository institution?
O yes O no

If "yes," indicate name and location of the bank or other depository institution:

| Name of Bank or Other Depository Institution | Location |
|---|---|
| LEUMI LATIN AMERICA | |
| HAPOALIM ? | ? |

3. **FOR PERSONAL ACCOUNTS** *(for each account owner)*

a) What is Account Owner's occupation? OWNER Ehrlich HNOS S.C.

b) If retired,

When did Account Owner retire? ______

What was Account Owner's occupation immediately before retirement?

______

c) Do others have, or are they expected to have, a beneficial ownership interest in the Account – for example, Account Owner acting as agent for a third party in holding or investing funds in the Account?
O yes O no

If "yes," provide the following information for each person other than Account Owner who is indicated as having a beneficial ownership interest in the Account.

Name: ______

Address: ______

Home Telephone: ______

Business Telephone: ______

Occupation: ______

8

FOR BUSINESS ACCOUNTS

a. Is the corporation publicly-held? ○ yes ○ no

If "no," provide the following information for each of the corporation's primary principals:

Name: ______

Address: ______

Home Telephone: ______

Business Telephone: ______

Occupation: ______

Employer: ______ Years there: ______

Employer Address: ______

Is the corporation substantially engaged in a trade or business other than managing financial assets? ○ yes ○ no

If "yes," provide the following information for the corporation:

What is that nature of that trade or business?

______

Under what name is that trade or business conducted?

______

What is the primary location at which that trade or business conducted?

______

Did individual completing this profile personally visit that location? ○ yes ○ no

If "yes," (i) when was that?

______
*(date)* *(time)*

(ii) describe what was observed, including both a brief physical description of premises and activities observed?

______

______

______

a) During the next 12 months, what are the activities Account Owner intends to conduct through the Account? Indicate US dollar volume for each activity.

| | TIME DEPOSITS | INVESTMENTS |
|---|---|---|
| US$ or US$ equivalent | | US$ 100 k |

b) Does Account Owner indicate additional funds will be transferred to the Account during the next 12 months? ○ yes ○ no
If "yes," what activities or circumstances primarily resulted in the acquisition of those funds?

○ Inheritances

○ Securities ○ Operation of a business

○ Real Estate ● Investment activities

○ Sale of business ○ Other (describe)

______

1. *I met with Account Owner (name)* ______ *or, if a Business Account, Account Owner's principal (name)* ______ *on* ______ ______, ______;

2. *Such individual provided the above information to me personally;*

3. *I examined such individual's passport and confirm that the passport photo shows a true likeness;*

4. *I verified such individual's residence address;*

5. *Such individual signed the Customer Agreement page in my presence on* ______ ______, ______ *and*

6. *I reviewed the Application for completeness.*

______
*Signature of Rep Officer* 00070

*Date:* ______

*Reviewed By:* ______

*Date:* ______ *BLUSA Officer* 000



07- ○○○○○○

○ NEW ACCOUNT
○ UPDATE

ACCOUNT

TITLE

CUSTOMER SIGNATURE CARD

TYPE OR PRINT NAME (and title if Business Account) AND SIGN IN BOX UNDERNEATH

1.

○ Jointly with No ____ hereon, or with No ____ on Attorney-in-Fact Card dated __/__/__ mm dd yy

X

2.

○ Jointly with No. ____ hereon, or with No. ____ on Attorney-in-Fact Card dated __/__/__ mm dd yy

X

○ Jointly with No. ____ hereon, or with No. ____ on Attorney-in-Fact Card dated __/__/__ mm dd yy

X

○ Jointly with No. ____ hereon, or with No. ____ on Attorney-in-Fact Card dated __/__/__ mm dd yy

X

Unless otherwise specified hereon and in Account Application, each may sign singly

07- ○○○○○○

○ NEW ACCOUNT
○ UPDATE

ACCOUNT

TITLE

ATTORNEY-IN-FACT SIGNATURE CARD

TYPE OR PRINT NAME (and title if Business Account) AND SIGN IN BOX UNDERNEATH

1.

○ Jointly with No. ____ hereon, or with No ____ on Customer Card dated __/__/__ mm dd yy

X

2.

○ Jointly with No. ____ hereon, or with No ____ on Customer Card dated __/__/__ mm dd yy

X

3.

○ Jointly with No. ____ hereon, or with No. ____ on Customer Card dated __/__/__ mm dd yy

X

4

○ Jointly with No. ____ hereon, or with No. ____ on Customer Card dated __/__/__ mm dd yy

X

Unless otherwise specified hereon and in Account Application, each may sign singly

CONFIDENTIAL BLUSA-EHRLICH INCOMING 0000057

Form W-8BEN (October 1998) Department of the Treasury Internal Revenue Service

# Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-

Do not use this form for: Instead, use

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . .
- A foreign partnership (see instructions for exceptions) . . . . . W-8ECI or W
- A foreign government, international organization, foreign central bank of issue, tax-exempt organization, or private foundation, claiming the applicability of section(s) 501(c), 892, 895, or 1443(b) . . . . . W-8ECI or W
- A person acting as an intermediary . . . . . W
- A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States . . . . . W

## Part I Identification of Beneficial Owner (See instructions.)

1 Name of individual or organization that is the beneficial owner: ANGELA TYROCKI

2 Country of incorporation or organization

3 Type of beneficial owner: ☒ Individual ☐ Corporation ☐ Disregarded entity ☐ Partnership ☐ Trust ☐ ☐ Foreign government ☐ International organization ☐ Foreign central bank of issue ☐ Foreign tax-exempt organization

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box. RODRIGUEZ GRABERAS 1539/002

City or town, state or province. Include postal code where appropriate. MONTEVIDEO — Country (do not abbreviate) URUGUAY

5 Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate. — Country (do not abbreviate)

6 U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN ☐ EIN

7 Foreign tax identifying number, if any (optional)

8 Account number(s) (optional)

## Part II Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The beneficial owner is a resident of ..................... within the meaning of the income tax treaty between the United States and that cou

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty article dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest fro U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will fi Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of treaty identified on line 9a above to claim a .................% rate of withholding on (specify type of income):..............................

Explain the reasons the beneficial owner meets the terms of the treaty article: ..............................

## Part III Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and comp I further certify under penalties of perjury that:

- I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
- The beneficial owner is a foreign person,
- The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States,
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions,
- Any income from a notional principal contract to which this form relates is not effectively connected with the conduct of a trade or business within the United States, and
- I am not a former citizen or long-term resident of the United States subject to section 877 (relating to certain acts of expatriation) or, if I am subject to section 8 I am nevertheless entitled to treaty benefits with respect to the amounts received.

Sign Here ▶ [signature] Signature of beneficial owner (or individual authorized to sign for beneficial owner) Date

For Paperwork Reduction Act Notice, see separate instructions.

Form **W-8BEN** (October 1998) Department of the Treasury Internal Revenue Service

# Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 154...

Do not use this form for: Instead, us

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . .
- A foreign partnership (see instructions for exceptions) . . . . . W-8ECI or W
- A foreign government, international organization, foreign central bank of issue, tax-exempt organization, or private foundation, claiming the applicability of section(s) 501(c), 892, 895, or 1443(b) . . . . . W-8ECI or W
- A person acting as an intermediary . . . . . W
- A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States . . . . . W

**Part I** Identification of Beneficial Owner (See instructions.)

1 Name of individual or organization that is the beneficial owner: DAVID EHRLICH

2 Country of incorporation or organ...

3 Type of beneficial owner: ☒ Individual ☐ Corporation ☐ Disregarded entity ☐ Partnership ☐ Trust ☐ ... ☐ Foreign government ☐ International organization ☐ Foreign central bank of issue ☐ Foreign tax-exempt organization

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box. ROQUE GRASERAS 851/602

City or town, state or province. Include postal code where appropriate. MONTEVIDEO

Country (do not abbreviate) URUGUAY

5 Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate. Country (do not abbreviate)

6 U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN ☐ EIN

7 Foreign tax identifying number, if any (opti...

8 Account number(s) (optional)

**Part II** Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The beneficial owner is a resident of .................. within the meaning of the income tax treaty between the United States and that co...

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty article dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest fro... U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will f... Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............o... treaty identified on line 9a above to claim a ..............% rate of withholding on (specify type of income):.......................... Explain the reasons the beneficial owner meets the terms of the treaty article: ..........................

**Part III** Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV** Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and comp... I further certify under penalties of perjury that:

- I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
- The beneficial owner is a foreign person,
- The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States,
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions,
- Any income from a notional principal contract to which this form relates is not effectively connected with the conduct of a trade or business within the United States, and
- I am not a former citizen or long-term resident of the United States subject to section 877 (relating to certain acts of expatriation) or, if I am subject to section 8... I am nevertheless entitled to treaty benefits with respect to the amounts received.

Sign Here ▶ [signature] Signature of beneficial owner (or individual authorized to sign for beneficial owner) Date [handwritten]

For Paperwork Reduction Act Notice, see separate instructions.

CONFIDENTIAL BLUSA-EHRLICH INCOMING 0000059

*For Personal Accounts Only*

**CUSTOMER DUE DILIGENCE PROFILE**

*To be completed upon credible information obtained from Account Owner(s). Use continuation sheets if necessary.*

* * *

Check One:

X ☐ Full Profile

☐ Update (Complete only those items that have changed since Full Profile or last Update.)

ACCOUNT NO. ███0837

ACCOUNT OWNER David Ehrlich or Angela Tykocki
(as in Account Application; if more than one, include all)

1. Name of individual who is referring the Account Owner to Bank Leumi USA (including identifying information / relationship to BLUSA): - Exist LA - Ehrlich Hnos SC.

2. Does (did) Account Owner own (alone or with others), or have a relationship with, other accounts at BLUSA or another bank or depository institution? yes ☒ no ☐

If "yes," indicate name of account, if different, and name and location of bank or other depository institution:

| Name and Location of Bank or Depository Institution | Name of Account, if different |
|---|---|
| | |

3.1) Name of Account Owner David Ehrlich

Home Address Roque Graseras 639/602 Montevideo

Home Telephone 005982 7115293

Account Owner's Occupation Owner

Name of Employer/Firm (if self-employed)

Employer / Firm Address Justicia 2192 Montevideo

Employer / Firm Information

*For Personal Accounts Only*

**If Account Owner is Retired:** Provide date of retirement ____________ and provide Occupation / Firm / Employer / Business information (above) for most recent employment.

Page 2 of 5

CONFIDENTIAL BLUSA-EHRLICH INCOMING 0000061

***For Personal Accounts Only***

3.2) Name of Account Owner Angela Tykocki

Home Address

Home Telephone

Account Owner's Occupation housewife

Name of Employer/Firm (if self-employed)

Employer / Firm Address

Employer / Firm Information

**If Account Owner is Retired:** Provide date of retirement ____________ and provide Occupation / Firm / Employer / Business information (above) for most recent employment.

3.3) Name of Account Owner

Home Address

Home Telephone

Account Owner's Occupation

Name of Employer/Firm (if self-employed)

Employer / Firm Address

Employer / Firm Information

**If Account Owner is Retired:** Provide date of retirement ____________ and provide Occupation / Firm / Employer / Business information (above) for most recent employment.

4. Do others have, or are they expected to have, a beneficial ownership interest in the Account--for example, Account Owner acting as agent for a third party in holding or investing funds in the Account?

yes ☐ no ☐

If "yes," provide the following information for each person (other than Account Owner) who has a beneficial ownership interest in the Account:

Name:

Address:

Home Telephone: Business Telephone:

Occupation:

(Attach additional sheets if needed.)

***For Personal Accounts Only***

5. a) What source(s) of funds will be used to open the Account or purchase investments?[1] Check all that apply and indicate dollar amounts.

____ Inheritances $______________ *(provide details below)*
____ Savings from employment earnings $__________ ____*(please provide details below)*
____ Operation of a business $______________ *(provide details below)*
____ Investment activities $______________ *(provide details below)*
___ Securities ___ Real estate ___ Sale of business ___Other (describe) _____

Details: Due to economic/political sit. in Uruguay - will transfer when necessary

b) Does Account Owner indicate additional funds will be transferred to the Account during next 12 months? yes X no ___

If "yes," what will be source and expected *monthly* amounts of those funds?

____ Inheritances $______________ *(provide details below)*
____ Savings from employment earnings $__________ *(please provide details below)*
____ Operation of a business $______________ *(provide details below)*
____ Investment activities $______________ *(provide details below)*
X Securities ___ Real estate ___ Sale of business ___Other (describe) _____

Details ______________________________________________

c) During the next 12 months, what type and dollar amount of activities does Account Owner intend to conduct *monthly* through the Account? Indicate *monthly* US dollar volume for each category, both incoming and outgoing.

| | INCOMING FUNDS | | | OUTGOING FUNDS | | |
|---|---|---|---|---|---|---|
| | WIRE TRANSFERS | CHECK DEPOSITS | CASH DEPOSITS | WIRE TRANSFERS | CHECK WITHDRAWALS | CASH WITHDRAWALS |
| US$ or US$ equivalent | | | | | | |

d) During the next 12 months, what type and *average monthly* dollar amount of asset holdings does the customer intend to maintain in the account?

| | TRANSACTION ACCTS | TIME DEPOSITS | INVESTMENTS |
|---|---|---|---|
| US$ or US$ equivalent | | | 100 K |

[1] "Source of funds" means both (i) identity of remitting financial institution, and (ii) activities or circumstances which primarily resulted in acquisition of those funds. For
- Inheritances indicate from whom
- Operation of a business: indicate name, location, and nature of business
- Securities investment activities: indicate name through which they were conducted--for example, if through a personal investment company, name of that company--and securities firm(s) through which securities investment activities were conducted.
- Real estate investment activities . identify their nature, name through which they were conducted, and any intermediary used.
- Sale of business indicate name, location, and nature of business and when sold.

*For Personal Accounts Only*

## Account Risk Evaluation

| | YES | NO |
|---|---|---|
| 1. Are any of the account owners, principals, partners, signers or beneficiaries a political figure or high-ranking military officer or closely related to a political figure or high-ranking military officer? | __ | X |
| 2. For accounts opened in the U.S.A., are any of the account owners, principals, partners, signers or beneficiaries residents of a country other than the U.S.A.? | X | __ |
| 3. Are any of the account owners, principals, partners, signers or beneficiaries residents of a country other than the country where the office completing this form is located? | __ | X |
| 4. Is the account owner a British Virgin Islands ("BVI") corporation, a Private Investment Company ("PIC") or a "bearer share" corporation? If yes, specify country of organization: ________________ | __ | X |
| 5. Does the total relationship with this customer exceed $5 million? | __ | X |
| 6. Does the customer expect to have more than 25 wire transactions / month or does the customer expect to have wire transfers totaling more than $1,000,000 / month **excluding** internal bank transfers for Time Deposits and Investments? | __ | X |
| 7. Is any account owner a currency dealer or exchanger; check casher; issuer of traveler's checks or money orders; seller or redeemer of traveler's checks or money orders; or money transmitter? | __ | X |

Comments

[illegible]

***For Personal Accounts Only***

*CERTIFICATION (for FULL PROFILE)*

*Account Name.* David Ehrlich or Angela Tykocki

1. *I met with Account Owner [name]* David Ehrlich *on* 9 17 2002;

2. *Such individual provided the above information to me personally;*

3. *I examined such individual's [kind of acceptable photo identification]* ______ *and confirm that the photo thereon shows a true likeness; and I have retained a copy of same in the file;*

4. *I verified such individual's residence address using [specify kind of acceptable document]* ______ *and I have retained a copy of same in the file;*

5. *Such individual signed the Account Application in my presence on* 9 17 2002, *and*

6. *I reviewed the Account Application for completeness.*

*Signature:* ______ *or* ______
*Rep Office Employee (if applicable)* *BLUSA Officer*

*Date:* ______ *Date:* ______

*APPROVAL(S)*

*Approved by* A. O. Ana Ohayon SUB-GERENTE GENERAL *and* ______
*Representative (if other Rep Office Employee signed Certification)* *BLUSA Officer*

| OFAC List | Checked |
|---|---|
| By | On |

*Date:* ______ *Date:* ______

*If Rep Office Employee other than the Representative signs under "CERTIFICATION," the Representative must signed under "APPROVAL(S)." All accounts must be approved by a BLUSA officer*

5A



Milán Italia
Fecha 21.5.1947
F 4 072193
Expedida 14.4.1994
Vence 14.4.2004
REPUBLICA ORIENTAL DEL URUGUAY
DIRECCION NACIONAL DE IDENTIFICACION CIVIL
Cédula de Identidad
N° 930-9
Nombre DAVID EHRLICH BRESLER
Firma
Montevideo R.O. del Uruguay
Fecha 6.11.1954
Expedida 29.1.2002
Vence 29.1.2012
REPUBLICA ORIENTAL DEL URUGUAY
DIRECCION NACIONAL DE IDENTIFICACION CIVIL
Cédula de Identidad
N° 283-0
Nombre ANGELA SYLVIA TYKOCKI MELNITZKY
Firma
Montevideo R.O. del Uruguay
Lugar de Nacimiento
Fecha 10.12.1975
F1-J 560298
Expedida 31.10.1997
Vence 31.10.2007
REPUBLICA ORIENTAL DEL URUGUAY
DIRECCION NACIONAL DE IDENTIFICACION CIVIL
Cédula de Identidad
N° 654-7
Nombre JORGE EHRLICH TYKOCKI
Firma
Montevideo R. O. del Uruguay
Lugar de Nacimiento
Fecha 11.8.1978
F1-J 557878
Expedida 31.10.1997
Vence 31.10.2002
REPUBLICA ORIENTAL DEL URUGUAY
DIRECCION NACIONAL DE IDENTIFICACION CIVIL
Cédula de Identidad
N° 622-4
Nombre SARA EHRLICH TYKOCKI
Firma

CONFIDENTIAL BLUSA-EHRLICH INCOMING 0000066