**EXHIBIT F**

02/25/2008  06:53  590-2-6229033                                        PAG. 05

## BANK LEUMI USA
## FINANCIAL ASSETS ORDER
## THESE INVESTMENTS ARE NOT INSURED BY THE FDIC

To  Bank Leumi USA/Money Desk                    Date ___FEB. 21, 2008___

I CONFIRM REQUESTING THE BANK TO EXECUTE ON MY BEHALF AT MY SOLE RISK
WITHOUT ANY RESPONSIBILITY ON THE BANK'S PART, THE FOLLOWING
TRANSACTION FOR THE FINANCIAL ASSETS SELECTED BY ME AND WITHOUT THE
BANK ADVISING ME IN THIS MATTER THE FINANCIAL ASSETS ARE (1) NOT A DEPOSIT
OR OTHER OBLIGATION OF OR GUARANTED BY THE BANK AND (2) SUBJECT TO
INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT
INVESTED

CONFIRMO HABER PEDIDO AL BANCO QUE EJECUTE EN MI NOMBRE Y POR MI CUENTA
Y RIESGO Y SIN RESPONSABILIDAD ALGUNA DEL BANCO LAS SIGUIENTES
TRANSACCIONES RELATIVAS A LOS VALORES FINANCIEROS POR MI SELECCIONADOS
Y SIN QUE EL BANCO ME ACONSEJARA A SU RESPECTO LOS VALORES FINANCIEROS
(1) NO SON UN DEPOSITO U OTRA OBLIGACIÓN DEL BANCO O GARANTIZADOS POR EL
MISMO Y (2) ESTÁN SUJETOS A RIESGOS INHERENTES A LAS INVERSIONES, INCLUSO
LA POSIBLE PÉRDIDA DEL CAPITAL INVERTIDO

LA TRADUCCION AL ESPAÑOL ES PARA SU CONVENIENCIA. LA VERSION ORIGINAL DEL
TEXTO EN INGLÉS ES LA DEFINITIVA

Customer's Name ____ENRIQUE EHRLICH____

Bear Sterns N° _____          BLUSA N° ____████ 0129____

PLEASE (BUY) / SELL THE FOLLOWING

| FINANCIAL ASSET | KAUPTHING BANK |
|---|---|
| TRADE DATE | FEB. 21, 2008 |
| SETTLEMENT DATE | FEB. 26, 2008 |
| MATURITY DATE | OCT. 04, 2011 |
| CURRENCY | USD          QUANTITY    515.000 - |
| INTEREST RATE/YIELD | 5,75 |
| PRICE | 88,50    PRINCIPAL AMOUNT |
| INTEREST PAYMENT TO BE TRANSFERRED TO | |

CUSTOMER SIGNATURE _____    OFFICER SIGNATURE _____
                                                              GRIFEL GANZ
                                                              PRIVATE BANKING

PAGE 16        LEUMI LATIN AMERICA        005982-9170673   11 41  02/29/2008

**Confidential**

**BLUSA-EHRLICH 00000125**