# EXHIBIT G

02/28/2008  08:53   598-2-6229833                                          PAG. 06

**BANK LEUMI USA**
**FINANCIAL ASSETS ORDER**
**THESE INVESTMENTS ARE NOT INSURED BY THE FDIC**

To: Bank Leumi USA/Money Desk                    Date: FEB. 21, 2008

I CONFIRM REQUESTING THE BANK TO EXECUTE ON MY BEHALF AT MY SOLE RISK WITHOUT ANY RESPONSIBILITY ON THE BANK'S PART, THE FOLLOWING TRANSACTION FOR THE FINANCIAL ASSETS SELECTED BY ME AND WITHOUT THE BANK ADVISING ME IN THIS MATTER. THE FINANCIAL ASSETS ARE (1) NOT A DEPOSIT OR OTHER OBLIGATION OF OR GUARANTED BY THE BANK AND (2) SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

CONFIRMO HABER PEDIDO AL BANCO QUE EJECUTE EN MI NOMBRE Y POR MI CUENTA Y RIESGO Y SIN RESPONSABILIDAD ALGUNA DEL BANCO LAS SIGUIENTES TRANSACCIONES RELATIVAS A LOS VALORES FINANCIEROS POR MI SELECCIONADOS Y SIN QUE EL BANCO ME ACONSEJARA A SU RESPECTO. LOS VALORES FINANCIEROS (1) NO SON UN DEPOSITO U OTRA OBLIGACION DEL BANCO O GARANTIZADOS POR EL MISMO Y (2) ESTAN SUJETOS A RIESGOS INHERENTES A LAS INVERSIONES, INCLUSO LA POSIBLE PERDIDA DEL CAPITAL INVERTIDO

LA TRADUCCION AL ESPAÑOL ES PARA SU CONVENIENCIA, LA VERSION ORIGINAL DEL TEXTO EN INGLES ES LA DEFINITIVA

Customer's Name: DAVID EHRLICH

Bear Stearns N°: _____     BLUSA N°: XXXX0837

PLEASE (BUY) / SELL THE FOLLOWING

| FINANCIAL ASSET | KAUPTHING BANK |
|---|---|
| TRADE DATE | FEB. 21, 2008 |
| SETTLEMENT DATE | FEB. 26, 2008 |
| MATURITY DATE | OCT. 04, 2011 |
| CURRENCY | USD     QUANTITY   235,000.— |
| INTEREST RATE/YIELD | 5.75 |
| PRICE | 84.50     PRINCIPAL AMOUNT |
| INTEREST PAYMENT TO BE TRANSFERRED TO: | |

CUSTOMER SIGNATURE: [signature]        OFFICER SIGNATURE: [signature]
                                        URSEL GANZ
                                        PRIVATE BANKING

Confidential                                                        BLUSA-EHRLICH 00000269