**EXHIBIT H**

ENRIQUE EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

104852

Confidential
BLUSA-EHRLICH 00000630

Customer Id: 620810

Customer Name: **ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND**

104852

ASSETS
12/31/2007

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets. The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| | 12/31/2007 | 09/30/2007 | 12/31/2006 |
|---|---|---|---|
| **ASSETS** | | | |
| **DEMAND ACCOUNTS** | | | |
| Checking | $5,195.83 | $29,582.45 | $42,638.46 |
| **TOTAL DEMAND ACCOUNTS** | $5,195.83 | $29,582.45 | $42,638.46 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $1,742,193.85 | $2,190,679.70 | $2,184,992.00 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $1,742,193.85 | $2,190,679.70 | $2,184,992.00 |
| **TOTAL ASSETS** | $1,747,389.68 | $2,220,262.15 | $2,227,630.46 |
| **TOTAL NET VALUE** (Assets Less Liabilities) | $1,747,389.68 | $2,220,262.15 | $2,227,630.46 |

09/30/2007

1 - (0.30%) DEMAND ACCOUNTS
2 - (99.70%) SECURITIES AND ASSETS UNDER MANAGEMENT

1 - (1.33%) DEMAND ACCOUNTS
2 - (98.67%) SECURITIES AND ASSETS UNDER MANAGEMENT

Confidential                                                   BLUSA-EHRLICH 00000631

Customer Id: 620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

104852

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

Period Ending: 12/31/2007
Last Statement: 09/30/2007



Current Position

Investment Type

Currency

### Breakdown and comparison by investment type

| Investment Type | 12/31/2007 | | | 09/30/2007 | | | 12/31/2006 | | |
|---|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | | % | U.S. dollars | Change in USD vs 12/31/2007 | % | U.S. dollars | Change in USD vs 12/31/2007 |
| 1 - Long Term Debt | 100.00% | $1,742,193.85 | | 100.00% | $2,190,679.70 | ($448,485.85) | 100.00% | $2,184,992.00 | ($442,798.15) |
| Total: | 100.00% | $1,742,193.85 | | 100.00% | $2,190,679.70 | ($448,485.85) | 100.00% | $2,184,992.00 | ($442,798.15) |

### Breakdown and comparison by currency

| Currency | 12/31/2007 | | | 09/30/2007 | | | 12/31/2006 | | |
|---|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | | % | U.S. dollars | Change in USD vs 12/31/2007 | % | U.S. dollars | Change in USD vs 12/31/2007 |
| 1 - US DOLLAR | 100.00% | $1,742,193.85 | | 100.00% | $2,190,679.70 | ($448,485.85) | 100.00% | $2,184,992.00 | ($442,798.15) |
| Total: | 100.00% | $1,742,193.85 | | 100.00% | $2,190,679.70 | ($448,485.85) | 100.00% | $2,184,992.00 | ($442,798.15) |

Confidential    BLUSA-EHRLICH 00000632

Customer Id:    620810    104852
Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 12/31/2007

| SECURITY DETAILS | | | CURRENT POSITIONS | | | | | COST DETAIL | | | NEXT COUPON_MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Coupon Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk BRAZIL FEDERATIVE REPUBLIC BONDS | USD | BB+ | 128,000.00 | 101.115 | 1.00 | 129,427.20 | 12/30/04 | 128,000.00 | 111.1800 | 142,310.40 | 9.375% | 2,800.00 | 4/7/2008 | 4/7/2008 |
| bk PEMEX PROJECT FUNDING MASTER TRUST GTD NOTE | USD | BBB+ | 55,000.00 | 109.375 | 1.00 | 60,156.25 | 12/30/04 | 55,000.00 | 114.7800 | 63,129.00 | 8.0% | 562.22 | 5/15/2008 | 11/15/2011 |
| bk RABOBANK NEDERLAND RANGE NOTE | USD | AAA | 330,000.00 | 97.36 | 1.00 | 321,288.00 | 12/17/03 | 330,000.00 | 100.0000 | 330,000.00 | 7.0% | 14,245.00 | 5/23/2008 | 5/23/2018 |
| bk FEDERAL HOME LN MTG CORP 5% TO 12/08 THEN 7% | USD | AAA | 580,000.00 | 100.228 | 1.00 | 581,322.40 | 12/30/04 | 580,000.00 | 100.0000 | 580,000.00 | 5.0% | 563.89 | 6/24/2008 | 12/24/2018 |
| bk FEDERAL HOME LOAN BANK | USD | AAA | 650,000.00 | 100.00 | 1.00 | 650,000.00 | 12/30/04 | 650,000.00 | 100.0000 | 650,000.00 | 6.0% | 4,658.33 | 2/18/2008 | 11/18/2019 |

TOTAL:    $1,742,193.85

Customer Id: 620810
104852
Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 12/31/2007

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 10/09/2007 | 10/09/2007 | BOND INTEREST | BRAZIL FEDERATIVE REPUBLIC | 5580762 | USD | 128,000 | 0.00 | 6,000.00 |
| 11/15/2007 | 11/15/2007 | BOND INTEREST | PEMEX PROJECT FUNDING MASTER | 5146805 | USD | 55,000 | 0.00 | 2,200.00 |
| 11/20/2007 | 11/20/2007 | BOND INTEREST | FEDERAL HOME LOAN BANK | 5517007 | USD | 650,000 | 0.00 | 9,830.08 |
| 11/23/2007 | 11/23/2007 | BOND INTEREST | RABOBANK NEDERLAND | 5148794 | USD | 330,000 | 0.00 | 11,550.00 |
| 12/03/2007 | 11/30/2007 | SELL | FEDERAL HOME LOAN MTG CORP 4.25% TO 11/07; THEN 7% DUE 12/03/2018 07.000% JD | 5191654 | USD | 360,000 | 100.00 | 360,000.00 |
| 12/03/2007 | 12/03/2007 | BOND INTEREST | FEDERAL HOME LOAN MTG CORP | 5191654 | USD | 360,000 | 0.00 | 7,650.00 |
| 12/06/2007 | 12/05/2007 | SELL | RABOBANK NEDERLAND RANGE NOTE DUE 06/05/2018 CASH FOR CALLED ISSUE MOODY RATG | 5041477 | USD | 100,000 | 100.00 | 100,000.00 |
| 12/07/2007 | 12/07/2007 | BOND INTEREST | RABOBANK NEDERLAND | 5041477 | USD | 100,000 | 0.00 | 3,500.00 |
| 12/24/2007 | 12/24/2007 | BOND INTEREST | FEDERAL HOME LN MTG CORP | 5213021 | USD | 580,000 | 0.00 | 14,500.00 |

Confidential

BLUSA-EHRLICH 00000634

Customer Id:    620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

104852

5000000000158478

ENRIQUE EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

Confidential

BLUSA-EHRLICH 00000579

Customer Id:   620810

5000000000158478

Customer Name: **ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND**

ASSETS
03/31/2008

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets. The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 03/31/2008 | 12/31/2007 | 12/31/2006 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | ($348,325.72) | $5,195.83 | $42,638.46 |
| LISI Cash | $580,000.00 | $0.00 | $0.00 |
| **TOTAL DEMAND ACCOUNTS** | $231,674.28 | $5,195.83 | $42,638.46 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $849,655.60 | $1,742,193.85 | $2,184,992.00 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $849,655.60 | $1,742,193.85 | $2,184,992.00 |
| **TOTAL ASSETS** | $1,081,329.88 | $1,747,389.68 | $2,227,630.46 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $1,081,329.88 | $1,747,389.68 | $2,227,630.46 |

03/31/2008
1 - (40.57%) DEMAND ACCOUNTS
2 - (59.43%) SECURITIES AND ASSETS UNDER MANAGEMENT

12/31/2007
1 - (0.30%) DEMAND ACCOUNTS
2 - (99.70%) SECURITIES AND ASSETS UNDER MANAGEMENT

Confidential          BLUSA-EHRLICH 00000580

Customer Id:   620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

Period Ending: 03/31/2008
Last Statement: 12/31/2007

50000000158478

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)



Current Position

Investment Type

Currency

### Breakdown and comparison by investment type

| Investment Type | 03/31/2008 | | 12/31/2007 | | | 12/31/2006 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2008 | % | U.S. dollars | Change in USD vs 03/31/2008 |
| 1 - Long Term Debt | 59.43% | $849,655.60 | 100.00% | $1,742,193.85 | ($892,538.25) | 100.00% | $2,184,992.00 | ($1,335,336.40) |
| 2 - Cash in Securities Account | 40.57% | $580,000.00 | 0.00% | $0.00 | $580,000.00 | 0.00% | $0.00 | $580,000.00 |
| Total: | 100.00% | $1,429,655.60 | 100.00% | $1,742,193.85 | ($312,538.25) | 100.00% | $2,184,992.00 | ($755,336.40) |

### Breakdown and comparison by currency

| Currency | 03/31/2008 | | 12/31/2007 | | | 12/31/2006 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2008 | % | U.S. dollars | Change in USD vs 03/31/2008 |
| 1 - US DOLLAR | 100.00% | $1,429,655.60 | 100.00% | $1,742,193.85 | ($312,538.25) | 100.00% | $2,184,992.00 | ($755,336.40) |
| Total: | 100.00% | $1,429,655.60 | 100.00% | $1,742,193.85 | ($312,538.25) | 100.00% | $2,184,992.00 | ($755,336.40) |

Confidential                                                                    BLUSA-EHRLICH 00000581

Customer Id:   620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

5000000000158478

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 03/31/2008

| SECURITY DETAILS | | | CURRENT POSITIONS | | | | | COST DETAIL | | | NEXT COUPON_MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk BRAZIL FEDERATIVE REPUBLIC BONDS | USD | BB+ | 128,000.00 | 100.30 | 1.00 | 128,384.00 | 12/30/04 | 128,000.00 | 111.1800 | 142,310.40 | 9.375% | 5,800.00 | 4/7/2008 | 4/7/2008 |
| bk PEMEX PROJECT FUNDING MASTER TRUST GTD NOTE | USD | BBB+ | 55,000.00 | 111.50 | 1.00 | 61,325.00 | 12/30/04 | 55,000.00 | 114.7800 | 63,129.00 | 8.0% | 1,662.22 | 5/15/2008 | 11/15/2011 |
| bk RABOBANK NEDERLAND RANGE NOTE | USD | AAA | 330,000.00 | 95.19 | 1.00 | 314,127.00 | 12/17/03 | 330,000.00 | 100.0000 | 330,000.00 | 7.0% | 20,084.17 | 5/23/2008 | 5/23/2018 |
| bk CITIGROUP INC | USD | A | 350,000.00 | 98.8056 | 1.00 | 345,819.60 | 03/31/08 | 350,000.00 | 100.7300 | 352,555.00 | 8.3% | 8,069.44 | 6/21/2008 | 12/21/2057 |
| **Unsettled:   Purchase/(sale) details** | | | | | | | | | | | | | | |
| bk HSBC HLDGS PLC SUB NT | USD | A+ | 235,000.00 | 95.1649 | 1.00 | 223,637.52 | 04/03/08 | 235,000.00 | 98.1400 | 230,629.00 | 6.5% | | 9/15/2008 | 9/15/2037 |
| **Cash in Securities Account** | | | | | | | | | | | | | | |
| bk USDPLEDGED CASH | USD | | 580,000.00 | 1.00 | 1.00 | 580,000.00 | | 580,000.00 | 1.0000 | 580,000.00 | | | | |

TOTAL:                            $1,653,293.12

Confidential                                                                                      BLUSA-EHRLICH 00000582

Customer Id: 620810

5000000000158478

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 03/31/2008

| TRANSACTION DETAIL | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 02/19/2008 | 02/18/2008 | SELL | FEDERAL HOME LOAN BANK DUE 11/18/2019 06.000% FMAN CASH FOR CALLED ISSUE MOOD | 5517007 | USD | 650,000 | 100.00 | 650,000.00 |
| 02/20/2008 | 02/20/2008 | BOND INTEREST | FEDERAL HOME LOAN BANK | 5517007 | USD | 650,000 | 0.00 | 9,803.28 |
| 03/24/2008 | 03/20/2008 | SELL | FEDERAL HOME LN MTG CORP 5% TO 12/08 THEN 7% DUE 12/24/2018 05.000% JD 24 C | 5213021 | USD | 580,000 | 100.00 | 580,000.00 |
| 03/24/2008 | 03/20/2008 | SELL | FEDERAL HOME LN MTG CORP 5% TO 12/08 THEN 7% DUE 12/24/2018 05.000% JD 24 C | 5213021 | USD | 580,000 | 100.00 | 580,000.00 |
| 03/25/2008 | 03/25/2008 | BOND INTEREST | FEDERAL HOME LN MTG CORP | 5213021 | USD | 580,000 | 0.00 | 7,250.00 |
| 03/31/2008 | 03/26/2008 | BUY | CITIGROUP INC DUE 12/21/2057 08.300% JD 21 MOODY RATG A1 S&P RATG A CALLA | 5BCVDH2 | USD | 350,000 | 100.73 | 360,624.44 |

Confidential

BLUSA-EHRLICH 00000583

10000000000167792

ENRIQUE EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

Confidential

Customer Id:    620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

1000000000167792

ASSETS
06/30/2008

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets. The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 06/30/2008 | 03/31/2008 | 12/31/2007 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $1,964.64 | ($348,325.72) | $5,195.83 |
| LISI Cash | $0.00 | $580,000.00 | $0.00 |
| **TOTAL DEMAND ACCOUNTS** | $1,964.64 | $231,674.28 | $5,195.83 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $392,436.65 | $849,655.60 | $1,742,193.85 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $392,436.65 | $849,655.60 | $1,742,193.85 |
| **TOTAL ASSETS** | $394,401.29 | $1,081,329.88 | $1,747,389.68 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $394,401.29 | $1,081,329.88 | $1,747,389.68 |

06/30/2008
1 - (0.50%) DEMAND ACCOUNTS
2 - (99.50%) SECURITIES AND ASSETS UNDER MANAGEMENT

03/31/2008
1 - (40.57%) DEMAND ACCOUNTS
2 - (59.43%) SECURITIES AND ASSETS UNDER MANAGEMENT

Confidential                                     BLUSA-EHRLICH 00000598

Customer Id: 620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

Period Ending: 06/30/2008
Last Statement: 03/31/2008

10000000000167792

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

**Current Position**

### Breakdown and comparison by investment type

| Investment Type | 06/30/2008 | | 03/31/2008 | | | 12/31/2007 | | |
|---|---|---|---|---|---|---|---|---|
| | U.S. dollars | % | U.S. dollars | % | Change in USD vs 06/30/2008 | U.S. dollars | % | Change in USD vs 06/30/2008 |
| 1 - Long Term Debt | $392,436.65 | 100.00% | $849,655.60 | 59.43% | ($457,218.95) | $1,742,193.85 | 100.00% | ($1,349,757.20) |
| 2 - Cash in Securities Account | $0.00 | 0.00% | $580,000.00 | 40.57% | ($580,000.00) | $0.00 | 0.00% | $0.00 |
| Total: | $392,436.65 | 100.00% | $1,429,655.60 | 100.00% | ($1,037,218.95) | $1,742,193.85 | 100.00% | ($1,349,757.20) |

### Breakdown and comparison by currency

| Currency | 06/30/2008 | | 03/31/2008 | | | 12/31/2007 | | |
|---|---|---|---|---|---|---|---|---|
| | U.S. dollars | % | U.S. dollars | % | Change in USD vs 06/30/2008 | U.S. dollars | % | Change in USD vs 06/30/2008 |
| 1 - US DOLLAR | $392,436.65 | 100.00% | $1,429,655.60 | 100.00% | ($1,037,218.95) | $1,742,193.85 | 100.00% | ($1,349,757.20) |
| Total: | $392,436.65 | 100.00% | $1,429,655.60 | 100.00% | ($1,037,218.95) | $1,742,193.85 | 100.00% | ($1,349,757.20) |

Confidential    BLUSA-EHRLICH 00000599

Customer Id:     620810

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

1000000000167792

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 06/30/2008

| SECURITY DETAILS | | | CURRENT POSITIONS | | | | COST DETAIL | | | | NEXT COUPON_MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Coupon Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk PEMEX PROJECT FUNDING MASTER TRUST GTD NOTE | USD | BBB+ | 55,000.00 | 111.00 | 1.00 | 61,050.00 | 12/30/04 | 55,000.00 | 114.7800 | 63,129.00 | 8.0% | 550.00 | 11/15/2008 | 11/15/2011 |
| bk CITIGROUP INC | USD | A | 350,000.00 | 94.6819 | 1.00 | 331,386.65 | 03/31/08 | 350,000.00 | 100.7300 | 352,555.00 | 8.3% | 726.25 | 12/21/2008 | 12/21/2057 |

TOTAL:     $392,436.65

Customer Id: 620810

1000000000167792

Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 06/30/2008

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 03/31/2008 | 03/26/2008 | BUY | CITIGROUP INC DUE 12/21/2057 08.300% JD 21 MOODY RATG A1 S&P RATG A CALLA | 5BCVDH2 | USD | 350,000 | 100.73 | 360,624.44 |
| 04/01/2008 | 03/24/2008 | BUY | FEDERAL HOME LN MTG CORP 5% TO 12/08 THEN 7% ORIGINAL SETTLEMENT 03/24/08 DUE | 5213021 | USD | 580,000 | 100.00 | 580,000.00 |
| 04/01/2008 | 03/24/2008 | SELL | FEDERAL HOME LN MTG CORP 5% TO 12/08 THEN 7% DUE 12/24/2018 05.000% JD 24 C | 5213021 | USD | 580,000 | 100.00 | 580,000.00 |
| 04/03/2008 | 03/31/2008 | BUY | HSBC HLDGS PLC SUB NT DUE 09/15/2037 06.500% MS 15 MOODY RATG AA3 S&P RATG | 5BCHNV0 | USD | 235,000 | 98.14 | 231,392.75 |
| 04/07/2008 | 04/01/2008 | SELL | BRAZIL FEDERATIVE REPUBLIC BONDS DUE 04/07/2008 09.375% AO 07 ISSUE REDEEME | 5580762 | USD | 128,000 | 100.00 | 128,000.00 |
| 04/07/2008 | 04/07/2008 | BOND INTEREST | BRAZIL FEDERATIVE REPUBLIC | 5580762 | USD | 128,000 | 0.00 | 6,000.00 |
| 05/15/2008 | 05/15/2008 | BOND INTEREST | PEMEX PROJECT FUNDING MASTER | 5146805 | USD | 55,000 | 0.00 | 2,200.00 |
| 05/23/2008 | 05/16/2008 | SELL | RABOBANK NEDERLAND RANGE NOTE DUE 05/23/2018 07.000% MAY 23 CASH FOR CALLED | 5148794 | USD | 330,000 | 100.00 | 330,000.00 |
| 05/23/2008 | 05/22/2008 | BUY | RABOBANK NEDERLAND RANGE NOTE DUE 05/23/2018 07.000% MAY 23 CASH FOR CALLED | 5148794 | USD | 330,000 | 100.00 | 330,000.00 |
| 05/23/2008 | 05/22/2008 | SELL | RABOBANK NEDERLAND RANGE NOTE DUE 05/23/2018 07.000% MAY 23 CASH FOR CALLED | 5148794 | USD | 330,000 | 100.00 | 330,000.00 |
| 05/28/2008 | 05/28/2008 | BOND INTEREST | RABOBANK NEDERLAND | 5148794 | USD | 330,000 | 0.00 | 11,550.00 |
| 06/23/2008 | 06/23/2008 | BOND INTEREST | CITIGROUP INC | 5BCVDH2 | USD | 350,000 | 0.00 | 14,525.00 |

Page 4 of 5

Confidential

BLUSA-EHRLICH 00000601

Customer Id:    620810
Customer Name: ENRIQUE OR DAVID EHRLICH OR SARA GOLDSTEIN OR ANGELA TYKOCKI ITF DANIEL AND PAULA EHRLICH AND

1000000000167792