# EXHIBIT J

47294

DAVID EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

Confidential

BLUSA-EHRLICH 00000775

**Customer Id:**   620837          47294

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed
account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month.
There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of
such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 03/31/2007 | 12/31/2006 | 12/31/2005 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | ($53,505.97) | $20,745.37 | $12,760.84 |
| **TOTAL DEMAND ACCOUNTS** | **($53,505.97)** | **$20,745.37** | **$12,760.84** |
| **TIME DEPOSITS** | | | |
| U.S. Dollars | $60,483.32 | $84,500.00 | $80,381.35 |
| **TOTAL TIME DEPOSITS** | **$60,483.32** | **$84,500.00** | **$80,381.35** |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $208,102.60 | $98,438.00 | $98,438.00 |
| Mutual Funds | $99,771.96 | $96,909.53 | $0.00 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | **$307,874.56** | **$195,347.53** | **$98,438.00** |
| **TOTAL ASSETS** | **$314,851.91** | **$300,592.90** | **$191,580.19** |
| **TOTAL NET VALUE (Assets Less Liabilities)** | **$314,851.91** | **$300,592.90** | **$191,580.19** |

ASSETS
03/31/2007

1 - (16.47%) TIME DEPOSITS

2 - (83.89%) SECURITIES AND ASSETS UNDER MANAGEMENT

12/31/2006

1 - (6.90%) DEMAND ACCOUNTS

2 - (28.11%) TIME DEPOSITS

3 - (64.99%) SECURITIES AND ASSETS UNDER MANAGEMENT

Confidential

BLUSA-EHRLICH 00000776

Customer Id:   **620837**        47294
Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## TIME DEPOSIT POSITIONS SUMMARY

Period Ending: **03/31/2007**
Last Statement: **12/31/2006**

Current Positions



Investment Type

Currency

### Breakdown and comparison by investment type

| Investment Type | 03/31/2007 | | 12/31/2006 | | | 12/31/2005 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2007 | % | U.S. dollars | Change in USD vs 03/31/2007 |
| 1 - Short Term Time Deposit | 100.00% | $60,483.32 | 52.66% | $44,500.00 | $15,983.32 | 50.24% | $40,381.35 | $20,101.97 |
| 2 - Derivative Deposit | 0.00% | $0.00 | 47.34% | $40,000.00 | ($40,000.00) | 49.76% | $40,000.00 | ($40,000.00) |
| **Total:** | **100.00%** | **$60,483.32** | **100.00%** | **$84,500.00** | **($24,016.68)** | **100.00%** | **$80,381.35** | **($19,898.03)** |

### Breakdown and comparison by currency

| Currency | 03/31/2007 | | 12/31/2006 | | | 12/31/2005 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2007 | % | U.S. dollars | Change in USD vs 03/31/2007 |
| 1 - US DOLLAR | 100.00% | $60,483.32 | 100.00% | $84,500.00 | ($24,016.68) | 100.00% | $80,381.35 | ($19,898.03) |
| **Total:** | **100.00%** | **$60,483.32** | **100.00%** | **$84,500.00** | **($24,016.68)** | **100.00%** | **$80,381.35** | **($19,898.03)** |

Confidential

BLUSA-EHRLICH 00000777

**Customer Id:**   620837          47294

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## TIME DEPOSIT POSITIONS - As Of:  03/31/2007

| TIME DEPOSIT DETAILS | | | CURRENT PRINCIPAL AND INTEREST | | | | | | COST/ROLL OVER DETAILS | | | | NEXT PAYMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Principal | Interest To Date | | Foreign | US Dollar Equivalent | | Value | Maturity | Foreign | US Dollar | | Interest | |
| Description | Currency | Branch | Amount | Rate | Amount | Curr Rate | Principal | Interest | Date | Date | Curr (*) | Equivalent | Date | Amount | US Dollars |
| **Short Term Time Deposit** | | | | | | | | | | | | | | | |
| TWO MONTHS TD - | USD | FDIC | 60,483.32 | 4.8150% | 47.88 | | $60,483.32 | $47.88 | 03/26/07 | 05/29/07 | | $60,483.32 | 05/29/07 | 510.65 | $510.65 |
| **TOTAL:** | | | | | | | $60,483.32 | | | | | $60,483.32 | | | $510.65 |

Confidential

BLUSA-EHRLICH 00000778

**Customer Id:** 620837    47294
**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

**Period Ending:** 03/31/2007
**Last Statement:** 12/31/2006

Current Position



Investment Type

Currency

### Breakdown and comparison by investment type

| Investment Type | 03/31/2007 % | U.S. dollars | 12/31/2006 % | U.S. dollars | Change in USD vs 03/31/2007 | 12/31/2005 % | U.S. dollars | Change in USD vs 03/31/2007 |
|---|---|---|---|---|---|---|---|---|
| 1 - Long Term Debt | 67.59% | $208,102.60 | 50.39% | $98,438.00 | $109,664.60 | 100.00% | $98,438.00 | $109,664.60 |
| 2 - Mutual Funds | 32.41% | $99,771.96 | 49.61% | $96,909.53 | $2,862.43 | 0.00% | $0.00 | $99,771.96 |
| Total: | 100.00% | $307,874.56 | 100.00% | $195,347.53 | $112,527.03 | 100.00% | $98,438.00 | $209,436.56 |

### Breakdown and comparison by currency

| Currency | 03/31/2007 % | U.S. dollars | 12/31/2006 % | U.S. dollars | Change in USD vs 03/31/2007 | 12/31/2005 % | U.S. dollars | Change in USD vs 03/31/2007 |
|---|---|---|---|---|---|---|---|---|
| 1 - US DOLLAR | 100.00% | $307,874.56 | 100.00% | $195,347.53 | $112,527.03 | 100.00% | $98,438.00 | $209,436.56 |
| Total: | 100.00% | $307,874.56 | 100.00% | $195,347.53 | $112,527.03 | 100.00% | $98,438.00 | $209,436.56 |

**Confidential**     BLUSA-EHRLICH 00000779

**Customer Id:**   620837        47294

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 03/31/2007

| SECURITY DETAILS | | | | CURRENT POSITIONS | | | | COST DETAIL | | | NEXT COUPON | | MATURITY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk FEDERAL NATL MTG ASSN | USD | AAA | 110,000.00 | 99.156 | 1.00 | 109,071.60 | 03/29/07 | 110,000.00 | 99.7813 | 109,759.43 | 5.5% | 33.61 | 9/28/2007 | 9/28/2015 |
| bk FEDERAL HOME LOAN BANK 5 TO 1/09 7 TO 1/13 THEN 5 | USD | AAA | 100,000.00 | 99.031 | 1.00 | 99,031.00 | 01/27/05 | 100,000.00 | 100.4380 | 100,438.00 | 5.0% | 1,013.89 | 7/17/2007 | 1/27/2017 |
| **Mutual Funds** | | | | | | | | | | | | | | |
| bk LEUMI GLB LGM DYNAMIC EQUITY FUND | USD | | 737.74 | 135.24 | 1.00 | 99,771.96 | 01/24/06 | 737.74 | 108.4400 | 80,000.53 | | | | |

**TOTAL:**       **$307,874.56**

Confidential

BLUSA-EHRLICH 00000780

**Customer Id:** 620837　　47294

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 03/31/2007

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 01/29/2007 | 01/29/2007 | BOND INTEREST | FEDERAL HOME LOAN BANK | 5541587 | USD | 100.000 | 0.00 | 2,500.00 |
| 03/29/2007 | 03/28/2007 | BUY | FEDERAL NATL MTG ASSN DUE 09/28/2015 05.500% MS   28 MOODY RATG AAA  S&P RATG | 5982401 | USD | 110.000 | 99.78 | 109,776.19 |

Page 6 of 6

BLUSA-EHRLICH 00000781

19194

DAVID EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

Confidential

BLUSA-EHRLICH 00000802

**Customer Id:** 620837     19194

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 06/30/2007 | 03/31/2007 | 12/31/2006 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $6,509.03 | ($53,505.97) | $20,745.37 |
| **TOTAL DEMAND ACCOUNTS** | $6,509.03 | ($53,505.97) | $20,745.37 |
| **TIME DEPOSITS** | | | |
| U.S. Dollars | $0.00 | $60,483.32 | $84,500.00 |
| **TOTAL TIME DEPOSITS** | $0.00 | $60,483.32 | $84,500.00 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $226,857.35 | $208,102.60 | $98,438.00 |
| Mutual Funds | $108,978.95 | $99,771.96 | $96,909.53 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $335,836.30 | $307,874.56 | $195,347.53 |
| **TOTAL ASSETS** | $342,345.33 | $314,851.91 | $300,592.90 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $342,345.33 | $314,851.91 | $300,592.90 |

**ASSETS 06/30/2007**



1 - (1.90%) DEMAND ACCOUNTS
2 - (98.10%) SECURITIES AND ASSETS UNDER MANAGEMENT

**03/31/2007**



1 - (16.42%) TIME DEPOSITS
2 - (83.58%) SECURITIES AND ASSETS UNDER MANAGEMENT

**Page 1 of 4**

BLUSA-EHRLICH 00000803

**Customer Id:**   620837        19194

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

**Period Ending:** 06/30/2007

**Last Statement:** 03/31/2007

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)



Current Position

Investment Type

Currency

### Breakdown and comparison by investment type

| Investment Type | 06/30/2007 % | 06/30/2007 U.S. dollars | 03/31/2007 % | 03/31/2007 U.S. dollars | Change in USD vs 06/30/2007 | 12/31/2006 % | 12/31/2006 U.S. dollars | Change in USD vs 06/30/2007 |
|---|---|---|---|---|---|---|---|---|
| 1 - Long Term Debt | 67.55% | $226,857.35 | 67.59% | $208,102.60 | $18,754.75 | 50.39% | $98,438.00 | $128,419.35 |
| 2 - Mutual Funds | 32.45% | $108,978.95 | 32.41% | $99,771.96 | $9,207.00 | 49.61% | $96,909.53 | $12,069.43 |
| Total: | 100.00% | $335,836.30 | 100.00% | $307,874.56 | $27,961.75 | 100.00% | $195,347.53 | $140,488.77 |

### Breakdown and comparison by currency

| Currency | 06/30/2007 % | 06/30/2007 U.S. dollars | 03/31/2007 % | 03/31/2007 U.S. dollars | Change in USD vs 06/30/2007 | 12/31/2006 % | 12/31/2006 U.S. dollars | Change in USD vs 06/30/2007 |
|---|---|---|---|---|---|---|---|---|
| 1 - US DOLLAR | 100.00% | $335,836.30 | 100.00% | $307,874.56 | $27,961.75 | 100.00% | $195,347.53 | $140,488.78 |
| Total: | 100.00% | $335,836.30 | 100.00% | $307,874.56 | $27,961.75 | 100.00% | $195,347.53 | $140,488.78 |

Confidential

BLUSA-EHRLICH 00000804

**Customer Id:** 620837   19194

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 06/30/2007

| SECURITY DETAILS | | | | CURRENT POSITIONS | | | | COST DETAIL | | | NEXT COUPON MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk SLM CORP MEDIUM TERM NTS | USD | BBB+ | 25,000.00 | 83.2794 | 1.00 | 20,819.85 | 05/3/07 | 25,000.00 | 89.4000 | 22,350.00 | 5.05% | 157.81 | 11/14/2007 | 11/14/2014 |
| bk FEDERAL NATL MTG ASSN | USD | AAA | 110,000.00 | 97.875 | 1.00 | 107,662.50 | 03/29/07 | 110,000.00 | 99.7813 | 109,759.43 | 5.5% | 1,529.31 | 9/28/2007 | 9/28/2015 |
| bk FEDERAL HOME LOAN BANK 5 TO 1/09 7 TO 1/13 THEN 5 | USD | AAA | 100,000.00 | 98.375 | 1.00 | 98,375.00 | 01/27/05 | 100,000.00 | 100.4380 | 100,438.00 | 5.0% | 2,250.00 | 7/17/2007 | 1/27/2017 |
| **Mutual Funds** | | | | | | | | | | | | | | |
| bk LEUMI GLB LGM DYNAMIC EQUITY FUND | USD | | 737.74 | 147.72 | 1.00 | 108,978.95 | 01/24/06 | 737.74 | 108.4400 | 80,000.53 | | | | |

**TOTAL:**                    $335,836.30

Confidential

BLUSA-EHRLICH 00000805

**Customer Id:** **620837**    19194

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 06/30/2007

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 05/30/2007 | 05/24/2007 | BUY | SLM CORP MEDIUM TERM NTS DUE 11/14/2014 05.050% MN  14 MOODY RATG A2   S&P R | 5046101 | USD | 25,000 | 89.40 | 22,406.11 |

Confidential

50000000158480

DAVID EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

BLUSA-EHRLICH 00000782

**Customer Id:    620837**

500000000158480

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 03/31/2008 | 12/31/2007 | 12/31/2006 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $3,504.86 | $3,314.30 | $20,745.37 |
| **TOTAL DEMAND ACCOUNTS** | $3,504.86 | $3,314.30 | $20,745.37 |
| **TIME DEPOSITS** | | | |
| U.S. Dollars | $0.00 | $0.00 | $84,500.00 |
| **TOTAL TIME DEPOSITS** | $0.00 | $0.00 | $84,500.00 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $819,672.61 | $510,307.97 | $98,438.00 |
| Mutual Funds | $102,199.12 | $114,150.51 | $96,909.53 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $921,871.74 | $624,458.48 | $195,347.53 |
| **TOTAL ASSETS** | $925,376.60 | $627,772.78 | $300,592.90 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $925,376.60 | $627,772.78 | $300,592.90 |

ASSETS
03/31/2008

1 - (0.38%) DEMAND ACCOUNTS
2 - (99.62%) SECURITIES AND ASSETS UNDER MANAGEMENT

12/31/2007

1 - (0.53%) DEMAND ACCOUNTS
2 - (99.47%) SECURITIES AND ASSETS UNDER MANAGEMENT



Confidential     BLUSA-EHRLICH 00000783

**Customer Id:** 620837

5000000158480

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

**Period Ending: 03/31/2008**
**Last Statement: 12/31/2007**

**Current Position**



Investment Type                    Currency

### Breakdown and comparison by investment type

| | 03/31/2008 | | 12/31/2007 | | 12/31/2006 | | |
|---|---|---|---|---|---|---|---|
| Investment Type | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2008 | % | U.S. dollars | Change in USD vs 03/31/2008 |
| 1 - Long Term Debt | 88.91% | $819,672.61 | 81.72% | $510,307.97 | $309,364.65 | 50.39% | $98,438.00 | $721,234.61 |
| 2 - Mutual Funds | 11.09% | $102,199.12 | 18.28% | $114,150.51 | ($11,951.39) | 49.61% | $96,909.53 | $5,289.60 |
| **Total:** | **100.00%** | **$921,871.74** | **100.00%** | **$624,458.48** | **$297,413.26** | **100.00%** | **$195,347.53** | **$726,524.2** |

### Breakdown and comparison by currency

| | 03/31/2008 | | 12/31/2007 | | 12/31/2006 | | |
|---|---|---|---|---|---|---|---|
| Currency | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2008 | % | U.S. dollars | Change in USD vs 03/31/2008 |
| 1 - US DOLLAR | 100.00% | $921,871.74 | 100.00% | $624,458.48 | $297,413.26 | 100.00% | $195,347.53 | $726,524.21 |
| **Total:** | **100.00%** | **$921,871.74** | **100.00%** | **$624,458.48** | **$297,413.26** | **100.00%** | **$195,347.53** | **$726,524.2** |

Confidential

BLUSA-EHRLICH 00000784

5000000000158480

**Customer Id:** 620837
**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 03/31/2008

| SECURITY DETAILS | | | CURRENT POSITIONS | | | | COST DETAIL | | | | NEXT COUPON /MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk NAFTOGAZ UKRAINY | USD | | 60,000.00 | 97.14 | 1.00 | 58,284.00 | 02/26/08 | 60,000.00 | 99.2500 | 59,550.00 | 8.125% | | 9/30/2008 | 9/30/2009 |
| bk KAUPTHING BK HF MEDIUM TERM SR BK NTS | USD | A+ | 235,000.00 | 88.9259 | 1.00 | 208,975.87 | 02/26/08 | 150,000.00 | 88.5000 | 132,750.00 | 5.75% | 4,240.63 | 4/4/2008 | 10/4/2011 |
| | | | | | | | 02/26/08 | 85,000.00 | 88.5000 | 75,225.00 | 5.75% | 2,403.02 | 4/4/2008 | 10/4/2011 |
| bk SLM CORP MEDIUM TERM NTS | USD | BBB- | 25,000.00 | 72.8227 | 1.00 | 18,205.68 | 05/30/07 | 25,000.00 | 89.4000 | 22,350.00 | 5.05% | 480.45 | 5/14/2008 | 11/14/2014 |
| bk FEDERAL NATIONAL MTG ASSN | USD | AAA | 110,000.00 | 100.063 | 1.00 | 110,069.30 | 03/29/07 | 110,000.00 | 99.7813 | 109,759.43 | 5.5% | 50.42 | 9/28/2008 | 9/28/2015 |
| bk BEAR STEARNS COS INC SR NT | USD | AA- | 100,000.00 | 98.9134 | 1.00 | 98,913.40 | 01/31/08 | 100,000.00 | 100.3000 | 100,300.00 | 6.4% | 3,182.22 | 4/2/2008 | 10/2/2017 |
| bk VALE OVERSEAS LTD | USD | BBB | 60,000.00 | 98.0715 | 1.00 | 58,842.90 | 02/26/08 | 60,000.00 | 94.5000 | 56,700.00 | 6.875% | 1,489.58 | 5/21/2008 | 11/21/2036 |
| bk GOLDMAN SACHS GROUP INC 6.75% SUBORDINATED GLOBAL NOTE | USD | A+ | 250,000.00 | 93.3173 | 1.00 | 233,293.25 | 12/24/07 | 250,000.00 | 97.4000 | 243,500.00 | 6.75% | 8,343.75 | 10/1/2008 | 10/1/2037 |
| bk RABOBANK NEDERLAND | USD | AA | 32,000.00 | 103.4007 | 1.00 | 33,088.22 | 11/16/07 | 32,000.00 | 99.9500 | 31,984.00 | 7.0% | 989.33 | 4/22/2008 | 10/22/2049 |
| **Mutual Funds** | | | | | | | | | | | | | | |
| bk LEUM GLB LGM DYNAMIC EQUITY FUND | USD | | 737.74 | 138.53 | 1.00 | 102,199.12 | 01/24/06 | 737.74 | 108.4400 | 80,000.53 | | | | |
| **TOTAL:** | | | | | | **$921,871.74** | | | | | | | | |

Confidential

BLUSA-EHRLICH 00000785

**Customer Id:** 620837

50000000158480

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 03/31/2008

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 01/28/2008 | 01/28/2008 | BOND INTEREST | FEDERAL HOME LOAN BANK | 5541587 | USD | 100,000 | 0.00 | 2,500.00 |
| 01/29/2008 | 01/29/2008 | BOND INTEREST | FEDERAL HOME LOAN BANK | 5541587 | USD | 100,000 | 0.00 | 2,500.00 |
| 01/30/2008 | 01/30/2008 | BOND INTEREST | FEDERAL HOME LOAN BANK | 5541587 | USD | 0 | 0.00 | 2,500.00 |
| 01/31/2008 | 01/28/2008 | BUY | BEAR STEARNS COS INC SR NT DUE 10/02/2017 06.400% AO 02 MOODY RATG A2  S&P | 5BCCRY5 | USD | 100,000 | 100.30 | 102,415.56 |
| 02/26/2008 | 02/21/2008 | BUY | NAFTOGAZ UKRAINY DUE 09/30/2009 08.125% MS  31 MOODY RATG BA3  S&P RATG YIEL | 5515379 | USD | 60,000 | 99.25 | 61,527.08 |
| 02/26/2008 | 02/21/2008 | BUY | VALE OVERSEAS LTD DUE 11/21/2036 06.875% MIN  21 MOODY RATG BAA3 S&P RATG BBB | 5800883 | USD | 60,000 | 94.50 | 57,788.54 |
| 02/26/2008 | 02/21/2008 | BUY | KAUPTHING BK HF MEDIUM TERM SR BK NTS DUE 10/04/2011 05.750% AO  04 MOODY RA | 5812983 | USD | 85,000 | 88.50 | 77,152.85 |
| 02/26/2008 | 02/21/2008 | BUY | KAUPTHING BK HF MEDIUM TERM SR BK NTS DUE 10/04/2011 05.750% AO  04 MOODY RA | 5812983 | USD | 85,000 | 88.50 | 77,152.85 |
| 02/26/2008 | 02/21/2008 | BUY | KAUPTHING BK HF MEDIUM TERM SR BK NTS DUE 10/04/2011 05.750% AO  04 MOODY RA | 5812983 | USD | 150,000 | 88.50 | 136,152.08 |
| 02/26/2008 | 02/21/2008 | BUY | KAUPTHING BK HF MEDIUM TERM SR BK NTS DUE 10/04/2011 05.750% AO  04 MOODY RA | 5812983 | USD | 150,000 | 88.50 | 136,152.08 |
| 03/28/2008 | 03/28/2008 | BOND INTEREST | FEDERAL NATIONAL MTG ASSN | 5982401 | USD | 110,000 | 0.00 | 3,025.00 |

**Page 4 of 5**

Confidential

BLUSA-EHRLICH 00000786

5000000158480

**Customer Id:      620837**
**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

**Confidential**

BLUSA-EHRLICH 00000787

10000000167794

DAVID EHRLICH
JUSTICIA #2192
MONTEVIDEO URUGUAY

Confidential

Customer Id:    620837

Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

100000000167794

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 06/30/2008 | 03/31/2008 | 12/31/2007 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $4,080.64 | $3,504.86 | $3,314.30 |
| **TOTAL DEMAND ACCOUNTS** | $4,080.64 | $3,504.86 | $3,314.30 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $1,183,559.51 | $819,672.61 | $510,307.97 |
| Mutual Funds | $101,859.76 | $102,199.12 | $114,150.51 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $1,285,419.27 | $921,871.73 | $624,458.48 |
| **TOTAL  ASSETS** | $1,289,499.91 | $925,376.59 | $627,772.78 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $1,289,499.91 | $925,376.59 | $627,772.78 |



ASSETS
06/30/2008

1 - (0.32%) DEMAND ACCOUNTS

2 - (99.68%) SECURITIES AND ASSETS UNDER MANAGEMENT

03/31/2008

1 - (0.38%) DEMAND ACCOUNTS

2 - (99.62%) SECURITIES AND ASSETS UNDER MANAGEMENT

Confidential

BLUSA-EHRLICH 00000808

**Customer Id:      620837**

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

100000000167794

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

**Period Ending: 06/30/2008**
**Last Statement: 03/31/2008**

Current Position



Investment Type

Currency

### Breakdown and comparison by investment type

| | 06/30/2008 | | 03/31/2008 | | 12/31/2007 | |
|---|---|---|---|---|---|---|
| Investment Type | % | U.S. dollars | % | U.S. dollars | Change in USD vs 06/30/2008 | % | U.S. dollars | Change in USD vs 06/30/2008 |

| Investment Type | % | U.S. dollars | % | U.S. dollars | Change in USD vs 06/30/2008 | % | U.S. dollars | Change in USD vs 06/30/2008 |
|---|---|---|---|---|---|---|---|---|
| 1 - Long Term Debt | 92.08% | $1,183,559.51 | 88.91% | $819,672.61 | $363,886.89 | 81.72% | $510,307.97 | $673,251.54 |
| 2 - Mutual Funds | 7.92% | $101,859.76 | 11.09% | $102,199.12 | ($339.36) | 18.28% | $114,150.51 | ($12,290.75) |
| Total: | 100.00% | $1,285,419.27 | 100.00% | $921,871.74 | $363,547.53 | 100.00% | $624,458.48 | $660,960.79 |

### Breakdown and comparison by currency

| | 06/30/2008 | | 03/31/2008 | | 12/31/2007 | |
|---|---|---|---|---|---|
| Currency | % | U.S. dollars | % | U.S. dollars | Change in USD vs 06/30/2008 | % | U.S. dollars | Change in USD vs 06/30/2008 |
| 1 - US DOLLAR | 100.00% | $1,285,419.27 | 100.00% | $921,871.74 | $363,547.53 | 100.00% | $624,458.48 | $660,960.79 |
| Total: | 100.00% | $1,285,419.27 | 100.00% | $921,871.74 | $363,547.53 | 100.00% | $624,458.48 | $660,960.79 |

Confidential

BLUSA-EHRLICH 00000809

100000000167794

**Customer Id:** 620837
**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 06/30/2008

| SECURITY DETAILS | | | CURRENT POSITIONS | | | | COST DETAIL | | | | NEXT COUPON /MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| bk NAFTOGAZ UKRAINY | USD | N/A | 60,000.00 | 97.75 | 1.00 | 58,650.00 | 02/26/08 | 60,000.00 | 99.2500 | 59,550.00 | 8.125% | 1,218.75 | 9/30/2008 | 9/30/2009 |
| bk KAUPTHING BK HF MEDIUM TERM SR BK NTS | USD | A+ | 235,000.00 | 88.8365 | 1.00 | 208,765.78 | 02/26/08 | 150,000.00 | 88.5000 | 132,750.00 | 5.75% | 2,060.42 | 10/4/2008 | 10/4/2011 |
| | | | | | | | 02/26/08 | 85,000.00 | 88.5000 | 75,225.00 | 5.75% | 1,167.57 | 10/4/2008 | 10/4/2011 |
| bk SLM CORP MEDIUM TERM NTS | USD | BBB- | 25,000.00 | 85.04 | 1.00 | 21,260.00 | 05/30/07 | 25,000.00 | 89.4000 | 22,350.00 | 5.05% | 161.32 | 11/14/2008 | 11/14/2014 |
| bk FEDERAL NATIONAL MTG ASSN | USD | AAA | 110,000.00 | 100.063 | 1.00 | 110,069.30 | 03/29/07 | 110,000.00 | 99.7813 | 109,759.43 | 5.5% | 1,546.11 | 9/28/2008 | 9/28/2015 |
| bk SHIMAO PPTY HLDNG LTD REG S | USD | BB+ | 100,000.00 | 71.7999 | 1.00 | 71,799.90 | 04/14/08 | 100,000.00 | 81.5000 | 81,500.00 | 8.0% | 644.44 | 12/1/2008 | 12/1/2016 |
| bk BEAR STEARNS COS INC SR NT | USD | AA- | 100,000.00 | 98.9893 | 1.00 | 98,989.30 | 01/31/08 | 100,000.00 | 100.3000 | 100,300.00 | 6.4% | 1,564.44 | 10/2/2008 | 10/2/2017 |
| bk TOYOTA MTR CRD CORP MTN BE CALL 7.25%04/2923 | USD | AAA | 190,000.00 | 98.75 | 1.00 | 187,625.00 | 05/22/08 | 190,000.00 | 98.7500 | 187,625.00 | 7.25% | 2,334.10 | 7/29/2008 | 4/29/2023 |
| bk VALE OVERSEAS LTD | USD | BBB | 60,000.00 | 94.815 | 1.00 | 56,889.00 | 02/26/08 | 60,000.00 | 94.5000 | 56,700.00 | 6.875% | 446.88 | 11/21/2008 | 11/21/2036 |
| bk HSBC HLDGS PLC SUB NT | USD | A+ | 117,500.00 | 91.4399 | 1.00 | 107,441.88 | 04/03/08 | 117,500.00 | 98.1400 | 115,314.50 | 6.5% | 2,227.60 | 9/15/2008 | 9/15/2037 |
| bk GOLDMAN SACHS GROUP INC 6.75% SUBORDINATED GLOBAL NOTE | USD | A+ | 250,000.00 | 91.7503 | 1.00 | 229,375.75 | 12/24/07 | 250,000.00 | 97.4000 | 243,500.00 | 6.75% | 4,171.88 | 10/1/2008 | 10/1/2037 |
| bk RABOBANK NEDERLAND | USD | AA | 32,000.00 | 102.1675 | 1.00 | 32,693.60 | 11/16/07 | 32,000.00 | 99.9500 | 31,984.00 | 7.0% | 423.11 | 10/22/2008 | 10/22/2049 |
| **Mutual Funds** | | | | | | | | | | | | | | |
| bk LEUMI GLB LGM DYNAMIC EQUITY FUND | USD | | 737.74 | 138.07 | 1.00 | 101,859.76 | 01/24/06 | 737.74 | 108.4400 | 80,000.53 | | | | |

**TOTAL:** $1,285,419.27

Confidential

BLUSA-EHRLICH 00000810

**Customer Id:** 620837

100000000167794

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 06/30/2008

| TRANSACTION DETAIL | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |

| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 04/01/2008 | 04/01/2008 | BOND INTEREST | GOLDMAN SACHS GROUP INC | 5BCKTL2 | USD | 250,000 | 0.00 | 8,343.75 |
| 04/02/2008 | 04/02/2008 | BOND INTEREST | NAFTOGAZ UKRAINY | 5515379 | USD | 60,000 | 0.00 | 2,437.50 |
| 04/02/2008 | 04/02/2008 | BOND INTEREST | BEAR STEARNS COS INC | 5BCCRY5 | USD | 100,000 | 0.00 | 3,200.00 |
| 04/04/2008 | 04/04/2008 | BOND INTEREST | KAUPTHING BK HF | 5812983 | USD | 235,000 | 0.00 | 6,756.25 |
| 04/14/2008 | 04/09/2008 | BUY | SHIMAO PPTY HLDNG LTD REG S DUE 12/01/2016 08.000% JD  01 MOODY RATG BAA3 S& | 5807359 | USD | 100,000 | 81.50 | 84,455.56 |
| 04/24/2008 | 04/24/2008 | BOND INTEREST | RABOBANK NEDERLAND | 5BCDKL4 | USD | 32,000 | 0.00 | 1,120.00 |
| 05/14/2008 | 05/14/2008 | BOND INTEREST | SLM CORP | 5046101 | USD | 25,000 | 0.00 | 631.25 |
| 05/21/2008 | 05/21/2008 | BOND INTEREST | VALE OVERSEAS LTD | 5800883 | USD | 60,000 | 0.00 | 2,062.50 |
| 05/22/2008 | 05/19/2008 | BUY | TOYOTA MTR CRD CORP MTN BE CALL 7.25%/042923 DUE 04/29/2023 07.250% JAJO MOODY | 5BDKHM0 | USD | 190,000 | 98.75 | 188,505.07 |
| 06/02/2008 | 06/02/2008 | BOND INTEREST | SHIMAO PPTY HLDNG LTD | 5807359 | USD | 100,000 | 0.00 | 4,000.00 |

Confidential

BLUSA-EHRLICH 00000811

10000000167794

Customer Id:     620837
Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

Confidential

BLUSA-EHRLICH 00000812

100000000265043

DAVID EHRLICH
JUSTICIA 2192
MONTEVIDEO URUGUAY

BLUSA-EHRLICH 00000813

**Customer Id:** 620837

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

10000000265043

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 06/30/2009 | 03/31/2009 | 12/31/2008 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $1,166.21 | $13,184.10 | $458.95 |
| **TOTAL DEMAND ACCOUNTS** | $1,166.21 | $13,184.10 | $458.95 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $677,419.73 | $726,622.62 | $872,444.93 |
| Mutual Funds | $68,713.10 | $52,438.56 | $56,149.39 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $746,132.84 | $779,061.18 | $928,594.32 |
| **TOTAL ASSETS** | $747,299.05 | $792,245.28 | $929,053.27 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $747,299.05 | $792,245.28 | $929,053.27 |

ASSETS
06/30/2009

1 - (0.16%) DEMAND ACCOUNTS
2 - (99.84%) SECURITIES AND ASSETS UNDER MANAGEMENT

03/31/2009

1 - (1.66%) DEMAND ACCOUNTS
2 - (98.34%) SECURITIES AND ASSETS UNDER MANAGEMENT

Confidential

BLUSA-EHRLICH 00000814

**Customer Id:** 620837

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

10000000265043

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

**Period Ending:** 06/30/2009
**Last Statement:** 03/31/2009

Current Position



Investment Type

Currency

### Breakdown and comparison by investment type

| Investment Type | 06/30/2009 | | 03/31/2009 | | | 12/31/2008 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 06/30/2009 | % | U.S. dollars | Change in USD vs 06/30/2009 |
| 1 - Long Term Debt | 90.79% | $677,419.73 | 93.27% | $726,622.62 | ($49,202.89) | 93.95% | $872,444.93 | ($195,025.20) |
| 2 - Mutual Funds | 9.21% | $68,713.10 | 6.73% | $52,438.56 | $16,274.54 | 6.05% | $56,149.39 | $12,563.71 |
| **Total:** | **100.00%** | **$746,132.84** | **100.00%** | **$779,061.18** | **($32,928.34)** | **100.00%** | **$928,594.32** | **($182,461.49)** |

### Breakdown and comparison by currency

| Currency | 06/30/2009 | | 03/31/2009 | | | 12/31/2008 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 06/30/2009 | % | U.S. dollars | Change in USD vs 06/30/2009 |
| 1 - US DOLLAR | 100.00% | $746,132.84 | 100.00% | $779,061.18 | ($32,928.34) | 100.00% | $928,594.32 | ($182,461.49) |
| **Total:** | **100.00%** | **$746,132.84** | **100.00%** | **$779,061.18** | **($32,928.34)** | **100.00%** | **$928,594.32** | **($182,461.49)** |

Confidential

BLUSA-EHRLICH 00000815

**Customer Id:** 620837

10000000265043

**Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -**

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 06/30/2009

| SECURITY DETAILS | | | CURRENT POSITIONS | | | | COST DETAIL | | | | NEXT COUPON /MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Coupon | | Payment | Final |
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | % | Amount | Date | Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | |
| tk STANDARD BANK LONDON LTD | USD | N/A | 60,000.00 | 89.00 | 1.00 | 53,400.00 | 02/26/08 | 60,000.00 | 99.2500 | 59,550.00 | 8.125% | 1,218.75 | 9/30/2009 | 9/30/2009 |
| tk KAUPTHING BK HF MEDIUM TERM SR BK NTS | USD | N/A | 235,000.00 | 0.01 | 1.00 | 23.50 | 02/26/08 | 150,000.00 | 88.5000 | 132,750.00 | | | | 10/4/2011 |
| | | | | | | | 02/26/08 | 85,000.00 | 88.5000 | 75,225.00 | | | | 10/4/2011 |
| tk SLM CORP MEDIUM TERM NTS | USD | BBB- | 25,000.00 | 77.456 | 1.00 | 19,364.00 | 05/30/07 | 25,000.00 | 89.4000 | 22,350.00 | 5.05% | 161.32 | 11/14/2009 | 11/14/2014 |
| tk SHIMAO PPTY HLDNG LTD REG S | USD | BB- | 100,000.00 | 78.8591 | 1.00 | 78,859.10 | 04/14/08 | 100,000.00 | 81.5000 | 81,500.00 | 8.0% | 644.44 | 12/1/2009 | 12/1/2016 |
| tk BEAR STEARNS COS INC SR NT | USD | A+ | 100,000.00 | 100.3362 | 1.00 | 100,336.20 | 01/31/08 | 100,000.00 | 100.3000 | 100,300.00 | 6.4% | 1,564.44 | 10/2/2009 | 10/2/2017 |
| tk VALE OVERSEAS LTD | USD | BBB+ | 60,000.00 | 94.951 | 1.00 | 56,970.60 | 02/26/08 | 60,000.00 | 94.5000 | 56,700.00 | 6.875% | 446.88 | 11/21/2009 | 11/21/2036 |
| tk HSBC HLDGS PLC SUB NT | USD | A+ | 117,500.00 | 97.0372 | 1.00 | 114,018.71 | 04/03/08 | 117,500.00 | 98.1400 | 115,314.50 | 6.5% | 2,227.60 | 9/15/2009 | 9/15/2037 |
| tk GOLDMAN SACHS GROUP INC 6.75% SUBORDINATED GLOBAL NOTE | USD | A- | 250,000.00 | 89.1599 | 1.00 | 222,899.75 | 12/24/07 | 250,000.00 | 97.4000 | 243,500.00 | 6.75% | 4,171.88 | 10/1/2009 | 10/1/2037 |
| tk RABOBANK NEDERLAND | USD | AA- | 32,000.00 | 98.5871 | 1.00 | 31,547.87 | 11/16/07 | 32,000.00 | 99.9500 | 31,984.00 | 7.0% | 423.11 | 10/22/2009 | 10/22/2049 |
| **Mutual Funds** | | | | | | | | | | | | | | |
| tk LEUMI GLB LGM DYNAMIC EQUITY FUND | USD | | 737.74 | 93.14 | 1.00 | 68,713.10 | 01/24/06 | 737.74 | 108.4400 | 80,000.53 | | | | |
| **TOTAL:** | | | | | | **$746,132.84** | | | | | | | | |

Confidential

BLUSA-EHRLICH 00000816

**Customer Id:** 620837

10000000265043

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 06/30/2009

| TRANSACTION DETAIL | | | SECURITY DETAIL | | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 04/01/2009 | 04/01/2009 | BOND INTEREST | GOLDMAN SACHS GROUP INC | 5BCKTL2 | USD | 250,000 | 0.00 | 8,437.50 |
| 04/02/2009 | 03/26/2009 | SELL | FEDERAL NATIONAL MTG ASSN 09/26/2015 05.500% MS  28 CASH FOR CALLED ISSU | 5982401 | USD | 110,000 | 100.00 | 110,000.00 |
| 04/02/2009 | 04/02/2009 | BOND INTEREST | FEDERAL NATIONAL MTG ASSN | 5982401 | USD | 110,000 | 0.00 | 67.22 |
| 04/02/2009 | 04/02/2009 | BOND INTEREST | BEAR STEARNS COS INC | 5BCCRY5 | USD | 100,000 | 0.00 | 3,200.00 |
| 04/06/2009 | 04/06/2009 | BOND INTEREST | KAUPTHING BK HF | 5812983 | USD | 235,000 | 0.00 | 6,756.25 |
| 04/16/2009 | 04/16/2009 | BOND INTEREST | KAUPTHING BK HF | 5812983 | USD | 0 | 0.00 | 6,756.25 |
| 04/23/2009 | 04/23/2009 | BOND INTEREST | RABOBANK NEDERLAND | 5BCDKL4 | USD | 32,000 | 0.00 | 1,120.00 |
| 04/29/2009 | 04/22/2009 | SELL | TOYOTA MTR CRD CORP MTN BE CALL 7.25%042923 DUE 04/29/2023 07.250% JAJO CASH | 5BDKHM0 | USD | 190,000 | 100.00 | 190,000.00 |
| 04/29/2009 | 04/29/2009 | BOND INTEREST | TOYOTA MTR CRD CORP MTN BE | 5BDKHM0 | USD | 190,000 | 0.00 | 3,443.75 |
| 05/14/2009 | 05/14/2009 | BOND INTEREST | SLM CORP | 5046101 | USD | 25,000 | 0.00 | 631.25 |
| 05/21/2009 | 05/21/2009 | BOND INTEREST | VALE OVERSEAS LTD | 5800883 | USD | 60,000 | 0.00 | 2,062.50 |
| 06/01/2009 | 06/01/2009 | BOND INTEREST | SHIMAO PPTY HLDNG LTD | 5807359 | USD | 100,000 | 0.00 | 4,000.00 |

Confidential

BLUSA-EHRLICH 00000817

Customer Id:     620837

10000000265043

Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

Page 5 of 5

BLUSA-EHRLICH 00000818

10000000313759

ENRIQUE EHRLICH
JUSTICIA 2192
MONTEVIDEO URUGUAY

BLUSA-EHRLICH 00000881

Customer Id:   **620829**

10000000313759

**Customer Name: ENRIQUE EHRLICH OR SARA GOLDSTEIN ITF DANIEL AND PAULA EHRLICH -**

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed
account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month.
There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of
such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 03/31/2011 | 12/31/2010 | 12/31/2009 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $5,000.00 | $69,945.88 | $4,140.82 |
| **TOTAL DEMAND ACCOUNTS** | $5,000.00 | $69,945.88 | $4,140.82 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $51.50 | $1,838,198.47 | $1,765,611.92 |
| Mutual Funds | $0.00 | $114,317.31 | $98,764.05 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $51.50 | $1,952,515.78 | $1,864,375.97 |
| **TOTAL  ASSETS** | $5,051.50 | $2,022,461.66 | $1,868,516.79 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $5,051.50 | $2,022,461.66 | $1,868,516.79 |

**ASSETS
03/31/2011**



1 - (98.98%) DEMAND ACCOUNTS
2 - (1.02%) SECURITIES AND ASSETS UNDER MANAGEMENT

**12/31/2010**



1 - (3.46%) DEMAND ACCOUNTS
2 - (96.54%) SECURITIES AND ASSETS UNDER MANAGEMENT

Inclusion of an annuity or universal investment plan should not be construed as indicating that the asset is owned by all owners of the Account.
Inclusion of an annuity or universal investment plan should not be construed as indicating that the beneficiary or beneficiaries thereof are also
beneficiary or beneficiaries of the Account.

**Page 1 of 4**

**BLUSA-EHRLICH 00000882**

**Customer Id:   620829**

10000000313759

**Customer Name: ENRIQUE EHRLICH OR SARA GOLDSTEIN ITF DANIEL AND PAULA EHRLICH -**

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)

**Period Ending: 03/31/2011**
**Last Statement: 12/31/2010**

### Breakdown and comparison by investment type



Investment Type

Current Position

Currency

| Investment Type | 03/31/2011 | | 12/31/2010 | | | 12/31/2009 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2011 | % | U.S. dollars | Change in USD vs 03/31/2011 |
| 1 - Long Term Debt | 100.00% | $51.50 | 94.15% | $1,838,198.47 | ($1,838,146.97) | 94.70% | $1,765,611.92 | ($1,765,560.42) |
| 2 - Mutual Funds | 0.00% | $0.00 | 5.85% | $114,317.31 | ($114,317.31) | 5.30% | $98,764.05 | ($98,764.05) |
| Total: | 100.00% | $51.50 | 100.00% | $1,952,515.78 | ($1,952,464.28) | 100.00% | $1,864,375.97 | ($1,864,324.47) |

### Breakdown and comparison by currency

| Currency | 03/31/2011 | | 12/31/2010 | | | 12/31/2009 | | |
|---|---|---|---|---|---|---|---|---|
| | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2011 | % | U.S. dollars | Change in USD vs 03/31/2011 |
| 1 - US DOLLAR | 100.00% | $51.50 | 100.00% | $1,952,515.78 | ($1,952,464.28) | 100.00% | $1,864,375.97 | ($1,864,324.47) |
| Total: | 100.00% | $51.50 | 100.00% | $1,952,515.78 | ($1,952,464.28) | 100.00% | $1,864,375.97 | ($1,864,324.47) |

**Page 2 of 4**

Confidential

BLUSA-EHRLICH 00000883

**Customer Id:**   **620829**

10000000313759

**Customer Name: ENRIQUE EHRLICH OR SARA GOLDSTEIN ITF DANIEL AND PAULA EHRLICH -**

## CUSTODY SECURITY POSITIONS (at BLUSA) -  As Of: 03/31/2011

| SECURITY DETAILS | | | | CURRENT POSITIONS | | | | COST DETAIL | | | | NEXT COUPON MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Coupon Amount | Payment Date | Final Maturity |
| **Long Term Debt** | | | | | | | | | | | | | | | |
| bk KAUPTHING BK HF MEDIUM TERM SR BK NTS | USD | CAA2 | 515,000.00 | 0.01 | 1.00 | 51.50 | 02/26/08 | 400,000.00 | 88.5000 | 354,000.00 | | | | 10/4/2011 |
| | | | | | | | 02/26/08 | 115,000.00 | 88.5000 | 101,775.00 | | | | 10/4/2011 |

**TOTAL:** $51.50

Page 3 of 4

Confidential

BLUSA-EHRLICH 00000884

Customer Id:   620829

10000000313759

Customer Name: ENRIQUE EHRLICH OR SARA GOLDSTEIN ITF DANIEL AND PAULA EHRLICH -

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 03/31/2011

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 12/31/2010 | 12/31/2010 | BOND INTEREST | DRESDNER FDG TR | 5218649 | USD | 100,000 | 0.00 | 4,075.50 |
| 01/31/2011 | 01/31/2011 | SELL | LEUMI GLB LGM DYNAMIC EQUITY FUND AS OF 01/26/11 | L006092 | USD | 830 | 138.84 | 115,230.26 |

Confidential

10000000313760

DAVID EHRLICH
JUSTICIA 2192
MONTEVIDEO URUGUAY

Confidential

Customer Id:    620837

10000000313760

Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

All non-U.S. dollar denominated assets (including non-U.S. dollar cash positions) held through the broker-dealer in a fully disclosed account have, for this statement, been converted to U.S. dollars using exchange rates prevailing on the last business day of the month. There is no assurance that the U.S. dollar amounts shown would be realized upon actual conversion to U.S. dollars of the proceeds of such assets.  The volatility of foreign exchange markets attaches risk to non-U.S. dollar assets.

## SUMMARY STATEMENT IN US $

| ASSETS | 03/31/2011 | 12/31/2010 | 12/31/2009 |
|---|---|---|---|
| **DEMAND ACCOUNTS** | | | |
| Checking | $0.00 | $29,106.61 | $22,823.71 |
| **TOTAL DEMAND ACCOUNTS** | $0.00 | $29,106.61 | $22,823.71 |
| **SECURITIES AND ASSETS UNDER MANAGEMENT** | | | |
| Long Term Debt | $23.50 | $401,436.20 | $747,080.44 |
| Mutual Funds | $0.00 | $101,616.31 | $87,791.06 |
| **TOTAL SECURITIES AND ASSETS UNDER MANAGEMENT** | $23.50 | $503,052.51 | $834,871.50 |
| **TOTAL ASSETS** | $23.50 | $532,159.12 | $857,695.21 |
| **TOTAL NET VALUE (Assets Less Liabilities)** | $23.50 | $532,159.12 | $857,695.21 |



ASSETS
03/31/2011

1 - (100.00%) SECURITIES AND ASSETS UNDER MANAGEMENT

12/31/2010

1 - (5.47%) DEMAND ACCOUNTS
2 - (94.53%) SECURITIES AND ASSETS UNDER MANAGEMENT

Inclusion of an annuity or universal investment plan should not be construed as indicating that the asset is owned by all owners of the Account. Inclusion of an annuity or universal investment plan should not be construed as indicating that the beneficiary or beneficiaries thereof are also beneficiary or beneficiaries of the Account.

Page 1 of 4

BLUSA-EHRLICH 00000887

Customer Id: 620837
Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

10000000313760

Period Ending: 03/31/2011
Last Statement: 12/31/2010

## CUSTODY SECURITY POSITIONS SUMMARY (at BLUSA)



Current Position

Investment Type

Currency

### Breakdown and comparison by investment type

| | 03/31/2011 | | 12/31/2010 | | | 12/31/2009 | | |
|---|---|---|---|---|---|---|---|---|
| Investment Type | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2011 | % | U.S. dollars | Change in USD vs 03/31/2011 |
| 1 - Long Term Debt | 100.00% | $23.50 | 79.80% | $401,436.20 | ($401,412.70) | 89.48% | $747,080.44 | ($747,056.94) |
| 2 - Mutual Funds | 0.00% | $0.00 | 20.20% | $101,616.31 | ($101,616.31) | 10.52% | $87,791.06 | ($87,791.06) |
| Total: | 100.00% | $23.50 | 100.00% | $503,052.51 | ($503,029.01) | 100.00% | $834,871.50 | ($834,848.00) |

### Breakdown and comparison by currency

| | 03/31/2011 | | 12/31/2010 | | | 12/31/2009 | | |
|---|---|---|---|---|---|---|---|---|
| Currency | % | U.S. dollars | % | U.S. dollars | Change in USD vs 03/31/2011 | % | U.S. dollars | Change in USD vs 03/31/2011 |
| 1 - US DOLLAR | 100.00% | $23.50 | 100.00% | $503,052.51 | ($503,029.01) | 100.00% | $834,871.50 | ($834,848.00) |
| Total: | 100.00% | $23.50 | 100.00% | $503,052.51 | ($503,029.01) | 100.00% | $834,871.50 | ($834,848.00) |

Confidential

BLUSA-EHRLICH 00000888

Customer Id:     620837

Customer Name: DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

10000000313760

## CUSTODY SECURITY POSITIONS (at BLUSA) - As Of: 03/31/2011

| SECURITY DETAILS | | | | CURRENT POSITIONS | | | | COST DETAIL | | | | NEXT COUPON MATURITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security Name | Currency | Rating | Quantity | Estimated Market price | Foreign curr. rate | Estimated Market Value in USD | Settlement date | Quantity | Price | Amount paid | Coupon % | Coupon Amount | Payment Date | Final Maturity | |
| **Long Term Debt** | | | | | | | | | | | | | | | |
| bk KAUPTHING BK HF MEDIUM TERM SR BK NTS | USD | CAA2 | 235,000.00 | 0.01 | 1.00 | 23.50 | 02/26/08 | 150,000.00 | 88.5000 | 132,750.00 | | | | 10/4/2011 | |
| | | | | | | | 02/26/08 | 85,000.00 | 88.5000 | 75,225.00 | | | | 10/4/2011 | |

**TOTAL:**                                        $23.50

Page 3 of 4

Confidential                                                                 BLUSA-EHRLICH 00000889

**Customer Id:** 620837

100000000313760

**Customer Name:** DAVID EHRLICH OR ANGELA TYKOCKI ITF JORGE AND SARA EHRLICH -

## CUSTODY SECURITY TRANSACTIONS (at BLUSA) - As Of: 03/31/2011

| TRANSACTION DETAIL | | | SECURITY DETAIL | | AMOUNT DETAIL | | | |
|---|---|---|---|---|---|---|---|---|
| Settlement Date | Trade Date | Transaction | Security Name | Security Id | Currency | Quantity | Price | Net Amount |
| 02/09/2011 | 02/07/2011 | SELL | LEUMI GLB LGM DYNAMIC EQUITY FUND AS OF 02/04/11 | L006092 | USD | 738 | 138.97 | 102,523.73 |

Page 4 of 4

Confidential

BLUSA-EHRLICH 00000890