# EXHIBIT K

**Account 0810**

| No. | Date of Statement | Trade Date | Transaction Type | Net Amount |
|---|---|---|---|---|
| 1 | 12/31/2007 | 11/30/2007 | SELL | $360,000.00 |
| 2 | 12/31/2007 | 12/5/2007 | SELL | $100,000.00 |
| 3 | 3/31/2008 | 2/18/2008 | SELL | $650,000.00 |
| 4 | 3/31/2008 | 3/20/2008 | SELL | $580,000.00 |
| 5 | 3/31/2008 | 3/20/2008 | SELL | $580,000.00 |
| 6 | 3/31/2008 | 3/26/2008 | BUY | $360,624.44 |
| 7 | 6/30/2008 | 3/26/2008 | BUY | $360,624.44 |
| 8 | 6/30/2008 | 3/24/2008 | BUY | $580,000.00 |
| 9 | 6/30/2008 | 3/24/2008 | SELL | $580,000.00 |
| 10 | 6/30/2008 | 3/31/2008 | BUY | $231,392.75 |
| 11 | 6/30/2008 | 4/1/2008 | SELL | $128,000.00 |
| 12 | 6/30/2008 | 5/16/2008 | SELL | $330,000.00 |
| 13 | 6/30/2008 | 5/22/2008 | BUY | $330,000.00 |
| 14 | 6/30/2008 | 5/22/2008 | SELL | $330,000.00 |
| | | | | **$5,500,641.63** |

**Account 0829**

| No. | Date of Statement | Trade Date | Transaction Type | Net Amount |
|---|---|---|---|---|
| 1 | 6/30/2007 | 3/29/2007 | BUY | $142,403.33 |
| 2 | 6/30/2007 | 5/24/2007 | BUY | $49,293.22 |
| 3 | 12/31/2007 | 11/13/2007 | BUY | $88,366.67 |
| 4 | 12/31/2007 | 11/30/2007 | SELL | $75,000.00 |
| 5 | 12/31/2007 | 12/5/2007 | SELL | $20,000.00 |
| 6 | 12/31/2007 | 12/19/2007 | BUY | $247,296.88 |
| 7 | 12/31/2007 | 12/20/2007 | BUY | $105,363.93 |
| 8 | 3/31/2008 | 1/28/2008 | BUY | $102,415.56 |
| 9 | 3/31/2008 | 2/18/2008 | SELL | $400,000.00 |
| 10 | 3/31/2008 | 2/21/2008 | BUY | $143,563.19 |
| 11 | 3/31/2008 | 2/21/2008 | BUY | $134,839.93 |
| 12 | 3/31/2008 | 2/21/2008 | BUY | $104,383.26 |
| 13 | 3/31/2008 | 2/21/2008 | BUY | $104,383.26 |
| 14 | 3/31/2008 | 2/21/2008 | BUY | $363,072.22 |
| 15 | 3/31/2008 | 2/21/2008 | BUY | $363,072.22 |
| 16 | 3/31/2008 | 3/20/2008 | SELL | $160,000.00 |
| 17 | 3/31/2008 | 3/20/2008 | SELL | $160,000.00 |
| 18 | 3/31/2008 | 3/26/2008 | BUY | $154,553.33 |
| 19 | 6/30/2008 | 3/26/2008 | BUY | $154,553.33 |
| 20 | 6/30/2008 | 3/31/2008 | BUY | $27,570.20 |
| 21 | 6/30/2008 | 4/1/2008 | SELL | $22,000.00 |
| 22 | 6/30/2008 | 4/9/2008 | BUY | $105,569.44 |
| 23 | 6/30/2008 | 5/19/2008 | BUY | $208,347.71 |
| 24 | 6/30/2008 | 5/16/2008 | SELL | $10,000.00 |
| 25 | 9/30/2008 | 8/13/2008 | BUY | $17,854.46 |
| 26 | 6/30/2009 | 4/22/2009 | SELL | $210,000.00 |
| 27 | 9/30/2009 | 9/24/2009 | SELL | $240,000.00 |
| 28 | 12/31/2009 | 9/24/2009 | SELL | $240,000.00 |
| 29 | 12/31/2009 | 9/30/2009 | BUY | $240,000.00 |
| 30 | 3/31/2010 | 3/9/2010 | SELL | $100,000.00 |
| | | | | **$4,493,902.14** |

**Account 0837**

| No. | Date of Statement | Trade Date | Transaction Type | Net Amount |
|---|---|---|---|---|
| 1 | 3/31/2007 | 3/28/2007 | BUY | $109,776.19 |
| 2 | 6/30/2007 | 5/24/2007 | BUY | $22,406.11 |
| 3 | 3/31/2008 | 1/28/2008 | BUY | $102,415.56 |
| 4 | 3/31/2008 | 2/21/2008 | BUY | $61,527.08 |
| 5 | 3/31/2008 | 2/21/2008 | BUY | $57,788.54 |
| 6 | 3/31/2008 | 2/21/2008 | BUY | $77,152.85 |
| 7 | 3/31/2008 | 2/21/2008 | BUY | $77,152.85 |
| 8 | 3/31/2008 | 2/21/2008 | BUY | $136,152.08 |
| 9 | 3/31/2008 | 2/21/2008 | BUY | $136,152.08 |
| 10 | 6/30/2008 | 4/9/2008 | BUY | $84,455.56 |
| 11 | 6/30/2008 | 5/19/2008 | BUY | $188,505.07 |
| 12 | 6/30/2009 | 3/26/2009 | SELL | $110,000.00 |
| 13 | 6/30/2009 | 4/22/2009 | SELL | $190,000.00 |
| 14 | 3/31/2011 | 1/31/2011 | SELL | $115,230.26 |
| 15 | 3/31/2011 | 2/7/2011 | SELL | $102,523.73 |
| | | | | **$1,571,237.96** |

|              | **Total Transactions** | **Total Value of Securities Traded** |
|--------------|------------------------|--------------------------------------|
| Account 0810 | 14                     | $5,500,641.63                        |
| Account 0829 | 30                     | $4,493,902.14                        |
| Account 0837 | 15                     | $1,571,237.96                        |
|              | **59**                 | **$11,565,781.73**                   |