**EXHIBIT M**

DAVID EHRLICH
HOLD MAIL

CONFIDENTIAL

BLUSA-HAPOALIM 00001401

# BHI Private Banking
BANK HAPOALIM B.M.

Customer Number 50635010

## FINANCIAL STRUCTURE

### Assets

| Assets | Value in USD 12/06/2013 | % of Total Assets |
|---|---|---|
| CASH | 2,211.88 | 0.25 |
| *EQUITIES | 886,599.65 | 99.75 |
| **Total Assets** | **888,811.53** | **100.00** |

### Liabilities

| Liabilities | Value in USD 12/06/2013 | % of Total Assets |
|---|---|---|
| LOANS | -224,741.42 | -25.29 |
| **Total Liabilities** | **-224,741.42** | **-25.29** |

| **Net Assets** | **664,070.11** | |

*Equities includes equity shares, ETF's and Mutual Funds which invest primarily in equities.

### Asset Allocation



CASH 0.25%
EQUITIES 99.75%
LOANS 25.29%

### Currency Exposure (Net Balance)

| Currency | Assets & Contracts | Liabilities & Contracts | Net Balance | Value in USD 12/06/2013 |
|---|---|---|---|---|
| USD | 888,811.53 | 0.00 | 888,811.53 | |
| JPY | 0.00 | -224,741.42 | -224,741.42 | |
| **Total** | **888,811.53** | **-224,741.42** | **664,070.11** | |

### Currency Allocation (Net Balance)

USD 134%
JPY -34%

CONFIDENTIAL      BLUSA-HAPOALIM 00001402



**BANK HAPOALIM B.M.**

Customer Number 50635010

## Transactions: (08/09/13 - 12/08/13)

| Booking Date | Description | Value Date | Debit | Credit | Balance |
|---|---|---|---|---|---|
| USD* | Opening Balance as of 08/09/13 | | | | 1,206.94 |
| 08/13/13 | ON SPDR DJIA TRUST ETF 78467X109 | 08/12/13 | | 275.14 | 1,482.08 |
| 08/13/13 | SEC. TAX WITHHELD ON SPDR DJIA TRUST ETF 78467X109 | 08/12/13 | 82.54 | | 1,399.54 |
| 08/21/13 | OD LOAN DEBIT TR-LN-FLT CHR+PA LOAN-FLAT CHARGE AND PAY 0600006904 | | 300.00 | | 1,099.54 |
| 09/17/13 | ON SPDR DJIA TRUST ETF 78467X109 | 09/16/13 | | 511.63 | 1,611.17 |
| 09/17/13 | SEC. TAX WITHHELD ON SPDR DJIA TRUST ETF 78467X109 | 09/16/13 | 153.49 | | 1,457.68 |
| 10/03/13 | CUSTODIAN FEE SV-CSTFEE | 09/30/13 | 375.00 | | 1,082.68 |
| 10/16/13 | ON SPDR DJIA TRUST ETF 78467X109 | 10/15/13 | | 405.60 | 1,488.28 |
| 10/16/13 | SEC. TAX WITHHELD ON SPDR DJIA TRUST ETF 78467X109 | 10/15/13 | 121.68 | | 1,366.60 |
| 11/01/13 | ON SPDR S&P 500 ETF TRUST 78462F103 | 10/31/13 | | 980.40 | 2,347.00 |
| 11/01/13 | SEC. TAX WITHHELD ON SPDR S&P 500 ETF TRUST 78462F103 | 10/31/13 | 294.12 | | 2,052.88 |
| 11/13/13 | ON SPDR DJIA TRUST ETF 78467X109 | 11/12/13 | | 227.14 | 2,280.02 |
| 11/13/13 | SEC. TAX WITHHELD ON SPDR DJIA TRUST ETF 78467X109 | 11/12/13 | 68.14 | | 2,211.88 |
| | Closing Balance as of 12/08/13 | | | | 2,211.88 |

* NEW YORK BRANCH (PRIVATE BANKING) - FDIC INSURED

Valuation date: 12/06/2013

PAGE 8 of 9

CONFIDENTIAL

BLUSA-HAPOALIM 00001409