# EXHIBIT O

MAYER•BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

February 22, 2013

**James Ancone**
Direct Tel +1 212 506 2353
Direct Fax +1 212 849 5953
jancone@mayerbrown.com

**VIA ELECTRONIC MAIL**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Bank Leumi USA v. David Ehrlich, et al.*, 12-CV-4423 (AJN) (S.D.N.Y. 2012)

Dear Judge Nathan:

We represent Plaintiff Bank Leumi USA ("BLUSA") in the above-referenced action. This evening, we submitted to the Court (1) a letter required by Your Honor's June 29, 2012 order; and (2) a Proposed Civil Case Management Plan and Scheduling Order.

Although both were required to be submitted jointly by the parties, both were made on behalf of BLUSA only. Opposing counsel failed to contact me after I repeatedly requested a Rule 26(f) conference and his input on the above-referenced items. Thereafter, I advised opposing counsel by email that I would submit these items to the Court on behalf of BLUSA only.

We thank the Court for its attention to this matter.

Respectfully,

James Ancone

cc:   Richard Hendler (*counsel for Defendants*) (*via electronic mail*)