**EXHIBIT P**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BANK LEUMI USA

                Plaintiff,

     -v-

DAVID EHRLICH, ET AL,

                Defendants.

-----------------------------------------------------------------X

12 Civ. 4423 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2013

ALISON J. NATHAN, District Judge:

      Having shown satisfactory reasons for withdrawal, as required by Local Rule 1.4, defense counsel Richard Hendler's motion to withdraw as counsel of record is GRANTED. As previously indicated, (Dkt. No. 29), Defendants will have 30 days from the date of this order to find new counsel and to have that counsel notice an appearance in this matter or to inform the Court of their decision to proceed pro se. Defendants are again cautioned that failure to abide by the terms of this order could result in adverse action, including entry of default judgment against them, pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules.

      SO ORDERED.

Dated: March _____, 2013
       New York, New York

                                        _____
                                          ALISON J. NATHAN
                                       United States District Judge