# EXHIBIT U

# In The Matter Of:

*BANK LEUMI USA*

*v.*

*DAVID EHRLICH, ANGELA TYKOCKI*

---

## *DONALD L. BITTKER - Vol. 1*
### *June 18, 2014*

---

**MERRILL CORPORATION**
LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

DONALD L. BITTKER - 6/18/2014

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -x
BANK LEUMI USA,

                           Plaintiff,

    -against-

DAVID EHRLICH, ANGELA TYKOCKI, ENRIQUE EHRLICH,
and SARA GOLDSTEIN

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

                        160 Broadway
                        New York, New York

                        June 18, 2014
                        9:56 a.m.


   DEPOSITION of BANK LEUMI USA, a Plaintiff in the
above-entitled action, by DONALD L. BITTKER, held at the
above time and place, pursuant to Notice, taken before
Stephanie Hicks, a shorthand reporter and Notary Public
within and for the State of New York.

DONALD L. BITTKER - 6/18/2014

Page 2

```
 1    Appearances:
 2
 3              MAYER BROWN, LLP
                    Attorneys for Plaintiff
 4              1675 Broadway
                New York, New York 10019
 5         BY:  JAMES ANCONE, ESQ.
 6
 7
 8              ALCANTAR LAW, PLLC
                    Attorney for Defendants
 9              22 Cortlandt Street, 16th Floor
                New York, New York 10007
10         BY:  JOSE RAUL ALCANTAR, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  Leumi USA affiliate be acting while opening or helping
2  complete the initial personal contact with a prospective
3  client?
4     A.  He would be acting as a representative of Bank
5  Leumi USA.
6     Q.  As a representative --
7     A.  Of Bank Leumi USA.  For many years, The Leumi
8  Group maintained a network of representative offices in
9  Latin America.
10    Q.  What years were those?
11    A.  Certainly, from the time I started my employment
12 at Bank Leumi USA, and those offices were closed down
13 and I believe they cease to exist, perhaps five years
14 ago, perhaps ten years ago, I cannot give a specific
15 date for the closing of that network of rep offices.  I
16 should add that those rep offices were offices of our
17 parent, Bank Leumi le-Israel B.M., but they did
18 facilitate the opening of accounts, whether at Bank
19 Leumi USA or other banking units of the Bank Leumi
20 Group, including an account at our parent, Bank Leumi
21 le-Israel B.M., which is a major Israeli bank.
22    Q.  By representative branch or --
23    A.  Office.
24    Q.  Or representative office --
25    A.  Office, we call it a rep office.

DONALD L. BITTKER - 6/18/2014

```
 1                 This should be marked as Defendant's
 2         Exhibit A.
 3                 (One-page document was marked as
 4         Defendant's Exhibit A for identification, as
 5         of this date.)
 6                 MR. ANCONE:  Can we just give the
 7         witness the one that's been marked?
 8                 MR. ALCANTAR:  Yes (handing).
 9     Q.  Mr. Bittker, is the text on the page that I gave
10   you familiar to you?
11     A.  Yes.
12     Q.  How is this familiar to you?
13     A.  I wrote it, I arranged for its reproduction.
14     Q.  Now, if you could read the text for the record on
15   the bottom left-hand corner?
16     A.  It says, "FORM 1336 REV 6/02."
17     Q.  Do you know what that means?
18     A.  Yes.
19     Q.  What does that mean, Mr. Bittker?
20     A.  It means that the printing order for this
21   document was placed on or about June 2002.
22     Q.  Do you know under whose authority the printing
23   order was placed?  Just to clarify, I'm not referring to
24   the person, for example, who sent the e-mail or made the
25   phone call to place the printing order, but the person
```

```
 1   that decided to place the printing order.
 2       A.  Well, I would have -- as the draftsman, I would
 3   have signed off on the contents of this document, which
 4   is rather lengthy.  I believe I would have communicated
 5   to what was then a document management unit within Bank
 6   Leumi USA for the -- for the printing, I would have
 7   received from the business unit information as to the
 8   number of copies, I would have sent to the printer,
 9   possibly by e-mail, the text of the booklet -- excuse
10   me, text of the booklet is wrong, the text to be printed
11   in the form of a booklet.
12       Q.  Okay, thank you.
13       A.  That would have been, most likely, a Word
14   document, so I had control over the Word document up to
15   the time it was sent to the printer.
16       Q.  So that is what you mean when you say "signed off
17   on the printing"?
18       A.  Yes, correct.
19       Q.  And why did you sign off on the printing, why did
20   you call for the printing of this booklet?
21       A.  Because the business unit was desirous of a
22   revision to the international account terms.  I had
23   numerous discussions with --
24           MR. ANCONE:  I'm just going to caution
25           the witness not to reveal any client
```

```
 1   document.
 2   Q.  Now, to the extent you recall based on your
 3   knowledge, would the International Financial Services
 4   Arrangements have supplanted the International Account
 5   Terms upon receipt of this new booklet by the business
 6   unit?
 7          MR. ANCONE:  Just object to the form.
 8   A.  (No verbal response.)
 9          MR. ANCONE:  You can answer.
10   A.  No, because the account application had not been
11   revised to reflect -- to refer to the International
12   Financial Services Arrangements.  This was a two-step
13   process to obtain the efficacy of the International
14   Financial Services Arrangements booklet, the printing of
15   the booklet was step one.  Step two was the change in
16   the international account application to refer to the
17   International Financial Services Arrangements, I believe
18   that second step was undertaken only at the very end of
19   the year 2002.
20          MR. ALCANTAR:  Now, I'll paraphrase the
21          same question, simply because there was an
22          objection.
23   Q.  Do you recall when the International Financial
24   Services Arrangements became effective?
25   A.  Well, the answer depends on the particular
```

```
 1    account relationship.  For some accounts, to this day,
 2    2014, my understanding is this booklet is still not
 3    effective, in other words, we did not make an effort to
 4    put every international relationship on the same
 5    platform, if you will, we did not make an effort to
 6    inform existing relationships that your relationship
 7    with Bank Leumi USA will now be governed by this
 8    document.
 9           For customers which opened their account using a
10    revised account application, revised in the sense that
11    it referred to the International Financial Services
12    Arrangements, the arrangements would be effective
13    obviously upon the signing of that application by the
14    customer or, more specifically, the opening of the
15    account by BLUSA pursuant to that signed application.
16           So again, this is -- this could only be answered
17    on the basis of the particular relationship, there is no
18    general answer that can be given.
19              MR. ALCANTAR:  So I'll rephrase my
20           question to the extent, and only to the
21           extent, that the International Financial
22           Services Arrangements are effective.
23      Q.  When would that effectiveness have occurred the
24    first time these terms applied to an account
25    application?
```

```
 1          our right to review and sign the deposition
 2          transcript.
 3                  (Whereupon, the examination of Donald L.
 4          Bittker was concluded at 11:23 a.m.)
 5
 6
                                    _____
 7                                  DONALD L. BITTKER
 8
 9
10    Subscribed and sworn to
      before me this 31st day
11    of July, 2014.
12
      _____
13    NOTARY PUBLIC
14              LAURIE J. STEINFELD
            Notary Public, State of New York
                   No. 01ST6181308
15             Qualified in New York County
              Expires January 28, 2016
16
17
18
19
20
21
22
23
24
25
```

DONALD L. BITTKER - 6/18/2014

Page 37

```
 1                    I N D E X
 2
 3   WITNESS           EXAMINATION BY              PAGE
 4   Donald L. Bittker    Mr. Alcantar              4
 5                        Mr. Ancone               34
 6
 7                    EXHIBITS
 8   DEFENDANT'S                                   PAGE
 9   A                 One-page document           24
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  C E R T I F I C A T E
 2
 3      I, STEPHANIE HICKS, a reporter and Notary Public
 4   within and for the State of New York, do hereby certify:
 5      That the witness(es) whose testimony is hereinbefore
 6   set forth was duly sworn by me, and the foregoing
 7   transcript is a true record of the testimony given by
 8   such witness(es).
 9      I further certify that I am not related to any of the
10   parties to this action by blood or marriage, and that I
11   am in no way interested in the outcome of this matter.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                ERRATA SHEET

 2

 3    The following are my corrections to the attached

 4    transcript:

 5

 6    PAGE     LINE      SHOULD READ

 7    12   *  13        customer. The

 8    12   *  16        regulations. The

 9    12   *  22        context. Its

10    13   *   5        contact. We

11    13   *   6        mail. We

12    13   *   7        transmissions. We

13    13   *  14        prospective customer--

14    14   *  13        ceased

15    14   *  14        ago. I

16    15   *  17        applicant--they

17    18   *   8        America. I

18    18   *  23        that. I

19    18   *  24        Uruguay. I

20    20   *  22        customers to sign a

21    21   *   4        International Account Terms."

22    31   *  25        dual-hatted

23    32   *   4        dual-hatted

24    35      8         claims arising

25    35     13         Claims Conference

end
```

D.L.B[signature]
7-31-14