**EXHIBIT V**

# In The Matter Of:

*BANK LEUMI USA*
*v.*
*DAVID EHRLICH*

_____

## *URIEL GANZ - Vol. 1*
### *May 29, 2014*

_____

**MERRILL CORPORATION**
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

URIEL GANZ

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
BANK LEUMI USA,

                         Plaintiff,

              vs.         Case No. 12-CV-4423 (AJN)

DAVID EHRLICH, ANGELA TYKOCKI,
ENRIQUE EHRLICH, and SARA
GOLDSTEIN,

                         Defendants.
---------------------------------------------x

                         May 29, 2014

                         9:35 a.m.


          Deposition via webcam (through a
Spanish interpreter) of URIEL GANZ, at the
offices of Mayer Brown, 1675 Broadway, New York,
New York, before Nancy Mahoney, a Certified Court
Reporter, Registered Professional Reporter,
Certified LiveNote Reporter, and Notary Public
within and for the States of New York and New
Jersey.

URIEL GANZ - 5/29/2014

```
 1                    URIEL GANZ

 2     A P P E A R A N C E S:

 3          MAYER BROWN LLP
            Attorneys for Plaintiff
 4               1675 Broadway
                 New York, New York 10019
 5
            BY:  MARK G. HANCHET, ESQ.
 6               (Via webcam)
                 JAMES ANCONE, ESQ.
 7               (Via webcam)

 8          ALCANTAR LAW PLLC
            Attorneys for Defendants
 9               22 Cortlandt Street
                 New York, New York 10007
10
            BY:  JOSE RAUL ALCANTAR, ESQ.
11               raul.alcantar@alcantarlaw.com

12

13

14

15     ALSO PRESENT:

16          EVELYN TAVARELLI, Spanish Interpreter
            (Via webcam)
17
            ELIAS BLUTH (Via webcam)
18          SANDRA GONZALEZ (Via webcam)
            ISRAEL CREYIMER (Via webcam)
19

20

21

22

23

24

25
```

```
 1                    URIEL GANZ
 2   generated or --
 3        Q.    Was it a note to you how these lists
 4   arrived to your inbox?
 5        A.    How they were prepared you mean?
 6        Q.    That is correct.  Let me rephrase
 7   the question.
 8              Do you have any knowledge of how the
 9   dealing room generated these investment options?
10        A.    No.
11        Q.    So the process was never discussed
12   with you?
13        A.    No, absolutely not.
14        Q.    Now I will take a step back and
15   discuss your role with respect to BLUSA clients
16   in Uruguay.  How did your relationship with BLUSA
17   customers differ from your relationship with with
18   Leumi Latin America customers?
19        A.    In the case of the BLUSA client I
20   acted as agent providing referral services.
21        Q.    Just to confirm, are you -- when you
22   say agent, do you mean BLUSA's agent?
23        A.    In fact, Leumi Latin America is
24   BLUSA's agent.
25        Q.    Are you an agent of Leumi Latin
```

```
 1                    URIEL GANZ

 2        Q.    So you are aware of the dispute

 3   between BLUSA and my clients, correct?

 4        A.    Yes.

 5        Q.    Are you aware that it revolves

 6   around the purchase of Kaupthing bonds?

 7        A.    Yes.

 8        Q.    Do you know when the purchase of

 9   these bonds took place?

10        A.    Yes.

11        Q.    When approximately was that?

12        A.    It was in February of 2008.

13        Q.    Can you relate the events of that

14   day, what you remember from that day, what

15   happened?

16        A.    No.  I had a fluid relationship with

17   with the Ehrlichs and at that time I saw them

18   fairly frequently, both at the bank and at their

19   business, but I don't remember that specific date

20   in particular.

21        Q.    I will now be providing you with a

22   document to see if it helps you refresh your

23   memory.  This is the document called Financial

24   Assets Order.

25              MR. ALCANTAR:  If you could please
```

```
 1                    URIEL GANZ
 2    mark of it as Exhibit 1, court reporter.
 3                  (Deposition Exhibit 1 for
 4    identification, Financial Assets Order, two
 5    pages, no Bates stamp.)
 6                  MR. ALCANTAR:  Mark, I believe
 7    Dr. Bluth will be providing you with a copy, if
 8    you could please confirm that you have the copy.
 9                  MR. HANCHET:  Yes, the witness has a
10    copy and so do I.
11    BY MR. ALCANTAR:
12         Q.    Now, Mr. Ganz, I want to ask you:
13    Do you recognize this document?
14         A.    Yes.
15         Q.    Do you see the signatures at the
16    bottom of the document?
17         A.    Yes, clearly.
18         Q.    I just want to ask.  On the first
19    page and the second page -- there are two pages
20    to it --
21         A.    On both pages.
22         Q.    On both pages where it says
23    officer's signature, is that your signature?
24         A.    Yes, there are two signatures.  To
25    the right is my signature and to the left is the
```

```
 1                     URIEL GANZ
 2    signature of Carlos Mazal.
 3         Q.    I'm just asking you to identify your
 4    signature.
 5         A.    Yes.
 6         Q.    Now, I first will ask you about the
 7    page that says Enrique Ehrlich in the middle.  Do
 8    you see that?
 9         A.    Yes.
10         Q.    Do you recognize the writing on the
11    form, not the signature?
12         A.    Yes, it's my handwriting.
13         Q.    Do you recall filling this in?
14         A.    Yes.
15         Q.    When did you complete this form?
16         A.    This form was filled out after
17    receiving or while receiving the order from a
18    client to purchase a specific security.
19         Q.    Now, did this -- do you remember
20    meeting with Enrique Ehrlich in connection with
21    this order?
22         A.    Yes.
23         Q.    Where did that meeting take place?
24         A.    It would probably be at the bank's
25    office, but I can't really say for sure.
```

1                    URIEL GANZ

2        Q.     Would there be any other document

3   that would help you remember where the meeting

4   took place?

5        A.     I can't think of anything.

6        Q.     Was there any other place where you

7   typically met with Enrique other than the bank?

8        A.     Yes, as I said previously, we would

9   meet at the bank and/or at his offices.

10       Q.     Now, would you typically fill these

11  forms in in front of Enrique, after he left or

12  before he arrived?

13       A.     Not necessarily.  If the order was

14  in front of me, yes, but if the order was by

15  phone, I would complete the form, send it to him

16  by fax and received his -- the signed form back

17  by fax.

18       Q.     So you would always complete the

19  form before it was signed by the customer?

20       A.     Yes, of course.

21       Q.     Just to confirm, you do not remember

22  whether this meeting took place at your office or

23  Enrique's business, correct?

24       A.     No.

25       Q.     If you remember during the course of

```
  1                         URIEL GANZ

  2      this deposition or after this deposition, you can

  3      either tell me directly during this deposition or

  4      you can tell your counsel and he will relay the

  5      information to me.

  6           A.     Okay.

  7           Q.     Now, the second page of this

  8      exhibit, Exhibit 1, the one that says David

  9      Ehrlich, is this your signature at the bottom of

 10      the right-hand corner where it says officer's

 11      signature?

 12           A.     Yes, it's the same case as the

 13      previous case.

 14           Q.     And this is your handwriting that

 15      filled in the form?

 16           A.     Yes.

 17           Q.     Do you know where you met with --

 18      where this meeting with David Ehrlich took place

 19      when he signed this document?

 20           A.     Generally speaking, I would meet

 21      with Enrique and then Enrique who was the one who

 22      handled the family's business would pass along

 23      his decision to David who is the one who signed

 24      on his own behalf.

 25           Q.     But you do not remember where this
```

URIEL GANZ – 5/29/2014

```
 1                    URIEL GANZ
 2   meeting took place?
 3              MR. HANCHET:  Objection, form.
 4        A.     Probably at the bank's office.
 5        Q.     Do you remember meeting with David
 6   Ehrlich personally in the context of completing
 7   this form?
 8        A.     No.  Generally I would meet with
 9   Enrique and then the orders would come in signed
10   by David with respect to his account.
11        Q.     Did you recommend the Kaupthing
12   bonds to Enrique Ehrlich as an investment?
13        A.     No.  It's prohibited for us to
14   recommend them.
15        Q.     So he requested to invest in the
16   Kaupthing bonds?
17        A.     If Enrique asked to invest?
18        Q.     Yes.
19        A.     Yes, he chose this investment, among
20   many others.
21        Q.     But I'm asking about this investment
22   specifically.  Did he request to invest in the
23   Kaupthing bonds?
24        A.     Yes, he asked -- he ordered.
25        Q.     Where did he order this -- where did
```

```
 1                    URIEL GANZ

 2    this communication take place?

 3         A.     No, the communication is oral.

 4    After the communication, I prepared the form and

 5    he signed it.

 6         Q.     I understand, thank you.

 7                When Enrique Ehrlich -- you say he

 8    told you he wanted to purchase Kaupthing bonds.

 9    When he told you this, was this in person or was

10    this via telephone?

11         A.     When we analyzed the possibility of

12    investing because Enrique had liquidity, we

13    looked at various alternatives, we always did.  I

14    don't remember when he made the decision, whether

15    it was there on the spot or if it was later or if

16    it was the next day.

17         Q.     When you mean there on the spot,

18    what location are you talking about, his

19    business, your office?

20         A.     Whatever the place it was we were

21    meeting, either at the bank's offices or his

22    office.  The process doesn't change.

23         Q.     So there were occasions when you

24    would visit the Ehrlich's business to offer

25    investment alternatives?
```

```
 1                         URIEL GANZ

 2          A.      Yes.

 3          Q.      Now, going back to the first page,

 4   the one that says Enrique Ehrlich, do you see

 5   where it says quantity 515.000?

 6          A.      Yes.

 7          Q.      Was this the amount the client

 8   requested to purchase?

 9          A.      Yes, that's the nominal value.

10          Q.      Do you remember if this transaction

11   was executed all at once or was it executed over

12   the course of various days?

13          A.      I have no reason to think that it

14   was executed in more than one transaction.  Here

15   it's a single transaction.

16          Q.      Now, Page 2 of Exhibit 1, do you see

17   where it says 235,000?

18          A.      Yes, that again is the nominal

19   value.

20          Q.      Now, do you know if this transaction

21   was executed in one piece or multiple pieces?

22          A.      I have the same comment as before

23   the previous case.

24          Q.      Now, did you, Mr. Ganz, have any

25   role in executing these transactions in the
```

```
 1                    URIEL GANZ

 2    trading room.

 3         A.     The procedure, as I said before, was

 4    that I called the dealer in Montevideo for the

 5    call to be taped and the dealer places the order

 6    with the BLUSA dealer.

 7         Q.     So you did not have -- other than

 8    what you just stated, you did not have any role

 9    in effectuating this purchase order?

10         A.     No, none.

11         Q.     Did you sell Kaupthing bonds to any

12    other BLUSA customers?

13         A.     Yes.

14         Q.     Do you know how many customers

15    approximately if you don't remember exactly?

16               MR. HANCHET:  Are you concerned

17    about secrecy?  So I think you can -- if you can

18    say it without revealing the names, I have no

19    problem.

20         A.     I think it could be about ten

21    clients.

22         Q.     That was ten clients, is that what

23    you stated?

24         A.     I think it would be ten,

25    approximately?
```

URIEL GANZ - 5/29/2014

```
 1                   URIEL GANZ

 2             MR. ALCANTAR:  I understand.  I

 3    don't think you're waiving any rights.

 4             (Recess taken.)

 5    BY MR. ALCANTAR:

 6       Q.    I don't have any more exhibits, so I

 7    will not burden you with things in that respect.

 8    I just have a few more questions and I think

 9    we'll wrap up the day.

10             The first question is:  I want to

11    take a step back and talk about your role as an

12    account officer, Mr. Ganz.

13       A.    Okay.

14       Q.    Do you open accounts for BLUSA

15    customers -- for new BLUSA customers in that

16    capacity?

17       A.    What I do is to facilitate the forms

18    to the prospect and then I send them to BLUSA.

19       Q.    Do you know -- could you describe

20    the forms that you're talking about?

21       A.    The account opening form, the terms

22    and condition and the Know Your Customer form

23    which is an internal form.

24       Q.    What are the terms and conditions

25    called?
```

URIEL GANZ - 5/29/2014

```
 1                       URIEL GANZ
 2                  THE INTERPRETER:  What are the terms
 3    and conditions --
 4         Q.    Is there a name for the form or are
 5    they just called terms and conditions?
 6                  THE INTERPRETER:  I'm sorry, can you
 7    repeat the question?
 8                  MR. ALCANTAR:  Yes.
 9    BY MR. ALCANTAR:
10         Q.    Is there a name for the form that
11    contains the terms and conditions, or are they
12    simply known as terms and conditions?
13         A.    There are different names depending
14    on the Leumi bank to which I make the referral,
15    but in all cases they're terms and conditions.
16         Q.    I understand, thank you.
17                  In this case I'm asking specifically
18    about accounts opened with BLUSA.  Is there a
19    name for the form that contains the terms and
20    conditions?
21         A.    Yes, of course.
22         Q.    And you provide a customer that
23    opens an account with BLUSA with these forms in
24    each and every occasion?
25         A.    I offer the client the possibility
```

URIEL GANZ - 5/29/2014

```
 1                      URIEL GANZ
 2    of having them and, generally speaking, the
 3    client doesn't want them.
 4          Q.    Do you know the name of the form?
 5          A.    Right now I don't remember.  It's
 6    got a strange name, but it's the terms and
 7    conditions.
 8          Q.    Have you heard of --
 9          A.    It's something like financial
10    arrangement.
11          Q.    Have you heard of the document
12    International Financial Services Arrangements?
13          A.    Yes, it's something like that.
14          Q.    To your recollection -- again, I
15    don't want you to speculate, but if you remember,
16    has that been -- was that the name of the
17    document containing the terms and conditions
18    during the four plus years during which you were
19    an account officer?
20          A.    I couldn't say.
21          Q.    Now, I just have a few more
22    questions about what happened after -- the
23    circumstances surrounding the end of your role as
24    an account officer.
25                Approximately when did this happen?
```

```
 1                C E R T I F I C A T E

 2    STATE OF NEW YORK   )

 3                                 : ss.

 4    COUNTY OF NEW YORK  )

 5

 6              I, NANCY MAHONEY, a Certified Court

 7    Reporter, Registered Professional Reporter,

 8    Certified LiveNote Reporter, and Notary Public

 9    within and for the States of New York and New

10    Jersey, do hereby certify:

11              That URIEL GANZ, the witness whose

12    deposition is hereinbefore set forth, was duly

13    sworn by me and that such deposition is a true

14    record of the testimony given by the witness.

15              I further certify that I am not

16    related to any of the parties to this action by

17    blood or marriage, and that I am in no way

18    interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto

20    set my hand this 3rd day of June 2014.

21              _____

22              NANCY MAHONEY, CCR/RPR

23

24

25
```

URIEL GANZ - 5/29/2014

```
 1                    URIEL GANZ
 2    information help refresh your memory as to the
 3    date of the last Kaupthing bond sale?
 4         A.    Yes.
 5         Q.    What document would that be or
 6    information?
 7         A.    Any kind of reliable information,
 8    for example, a client order.
 9              MR. ALCANTAR:  Thank you very much.
10    That is all for my questions.  I hereby conclude
11    the deposition.  Thank you, Mr. Ganz.
12              THE WITNESS:  You're very welcome.
13
14              (Time noted: 2:31 p.m.)
15
16         _____
17                    URIEL GANZ
18    Subscribed and sworn to before me
19    this _27th_ day of _JUNE_, 2014.
20
21    _____
22
23
24
25
```

URIEL GANZ - 5/29/2014

```
1    STATE OF NEW YORK          )
                                ss:
2    COUNTY OF NEW YORK         )
           I wish to make the following changes, for
3    the following reasons:
4    PAGE LINE    2    18
     CHANGE FROM:  ISRAEL CREYIMER
5    CHANGE TO:    ISRAEL CREIMER
     REASON:
6       7    4
7
     CHANGE FROM:   DR. CREYIMIER
8    CHANGE TO:     DR. CREIMER
     REASON:
9       9    10/11
10   CHANGE FROM:  who is the general manager
     CHANGE TO:    who was the general manager
11   REASON:
12      14   19
     CHANGE FROM:   the exchange
13   CHANGE TO:     The Trade desk.
     REASON:
14      15   20
15   CHANGE FROM:   that
     CHANGE TO:     but
16   REASON:
17      16   2
     CHANGE FROM:  I wanted To find out what would happen
18   CHANGE TO:    I was appointed To take the position
      REASON:
19      22   16
20   CHANGE FROM:   Morris Siegel
     CHANGE TO:     Morris Seigel
21   REASON:
22   _____
     URIEL GANZ
23
     Subscribed and sworn to before me
24   this _____ day of _____, 2014.
25   _____
```

URIEL GANZ – 5/29/2014

```
 1    STATE OF NEW YORK        )
                               ss:
 2    COUNTY OF NEW YORK       )
            I wish to make the following changes, for
 3    the following reasons:
 4    PAGE LINE    29    14
      CHANGE FROM:   The exchange is
 5    CHANGE TO:     The Trade Odesk
      REASON:
 6
         48    3
 7
      CHANGE FROM:    ALL 2
 8    CHANGE TO:      ALLQ
      REASON:
 9
         52    10
10    CHANGE FROM:    accountant
      CHANGE TO:      account number
11    REASON:
12       59    2
      CHANGE FROM:    method
13    CHANGE TO:      email
      REASON:
14
         59    8
15    CHANGE FROM:    all of the mail
      CHANGE TO:      all my emails
16    REASON:
17       61   14/15
      CHANGE FROM:   The description isn't here in The exhibit
18    CHANGE TO:    (not reading: The description isn't here in The exhibit)
       REASON:
19
         65   7/8
20    CHANGE FROM:   The Brazilian Petrochemical California company
      CHANGE TO:     The Brazilian Petrochemical company
21    REASON:
22
      URIEL GANZ
23
      Subscribed and sworn to before me
24    this 27th day of  JUNE  , 2014.
25    _____
```

Merrill Corporation – New York

1-800-325-3376                          www.merrillcorp.com/law